# PLAINTIFFS' EXHIBIT 3

# PLAINTIFFS' EXHIBIT 3

# Medical Report by Dr. Matthew B. Laurens

**Dated**
28th January 2019

**Area of Expertise**
Infectious Diseases, Tropical Medicine, Malaria

**On behalf of the Plaintiff**
Almedina Spahic

**Instructing Solicitor**
Scott Michael Moore, Esq.
Moore International Law PLLC
Rockefeller Center
45 Rockefeller Plaza, 20th Floor
New York, New York 10111

**Subject**
Death due to severe malaria after work travel to Abidjan, Ivory Coast

**Written by**
Dr. Matthew Laurens, 1 Chancery Square, Baltimore, Maryland, 21218

**Contents**

| | | Page Number |
|---|---|---|
| 1 | Introduction | 3 |
| 2 | The issues addressed | 4 |
| 3 | My opinion | 7 |
| 4 | Statement of compliance | 8 |
| 5 | Statement of truth | 8 |

**Appendices**

| 1 | My CV |
|---|---|

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)                    001276
Plaintiffs Disclosures

**Report**

## 1. Introduction

### 1.1. The Expert

I am Dr. Matthew Brent Laurens. My specialist field is Infectious Diseases, and my clinical research focuses on *Plasmodium falciparum* malaria. Full details of my qualifications and experience entitling me to give expert opinion evidence in this case are in appendix 1.

### 1.2. Summary background

Mr. Ziga aged 41 years, contracted malaria while traveling to the Ivory Coast from November 24 to December 4, 2015. He was diagnosed late in his illness course, experienced multiple complications of severe malaria, and died on January 13, 2016.

### 1.3. Summary of my conclusions

There is evidence from the medical and employee records that as a consequence of no pre-travel consultation, no post-travel clinic evaluation for fever and malaria symptoms, and delayed malaria diagnosis, he suffered severe malaria and multiple complications of this illness that ultimately led to his death.

### 1.4. The parties involved

Ms. Almedina Spahic; plaintiff
ICTJ; defendant

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)        001277
Plaintiffs Disclosures

**2. The Issues Addressed**

**2.1.** *Plasmodium falciparum* **malaria**

HZ was diagnosed with the most serious and deadly form of human malaria—*Plasmodium falciparum*. This disease can be fatal within 48 hours if proper treatment is not initiated in a timely manner. Each year, about 500,000 people die of *P. falciparum* malaria, with about 90% of deaths occurring in sub-Saharan Africa.

Malaria is caused by a germ called a parasite, which is distinct from a virus or bacteria. The parasite is found in mosquito salivary glands, or spit glands. Human malaria infection occurs when an infected female *Anopheles* mosquito bites a human and takes a blood meal. The mosquito saliva containing malaria parasites flows into human skin to facilitate the blood meal, and transmits a form of the malaria parasite into the human bloodstream. From the mosquito bite site, the malaria parasite travels to the liver, where it infects liver cells, multiplies, and the infected liver cell bursts to release multiple parasites to infect red blood cells. Infected red blood cells host the parasite, and provide a space for the parasite to multiply again. When the infected red blood cell bursts, it causes signs and symptoms of malaria, including fever, headache, abdominal pain, vomiting, diarrhea, muscle and joint pain, and decreased energy.

In a person who has never had malaria before, the time from mosquito biting to the first symptoms is about 10-12 days. When the infected red blood cell bursts, it releases multiple additional parasites into the blood that infect other red blood cells, continuing the cycle of human malaria and increasing the number and percentage of a person's red blood cells that are infected with the malaria parasite, and that are ultimately destroyed by the parasite. The cyclic bursting of red blood cells continues, occurring daily in the case of *P. falciparum* infections and causes additional fever, headache, abdominal pain, diarrhea, muscle and joint pain, and decreased energy. In people who have never had malaria before, serious complications can develop quickly (within 48 hours), including the following:

- Impaired consciousness or coma

- Inability to walk or sit up without assistance

- Inability to eat

- Seizures (jerking movements of arms and/or legs) that could indicate inflammation in the brain and/or brain swelling

- Difficulty breathing, indicating inflammation and swelling in the lungs

- Hypotensive shock (blood pressure that is critically low)

- Blood in urine, indicating kidney damage

- Low red blood cell count (critical anemia) that can cause low amounts of oxygen to be carried to vital organs and tissues

- Acidotic state of blood (indicating critically low oxygen levels)

Any one of these complications of malaria is considered "severe malaria" according to the World Health Organization definition, and requires urgent intervention, including antimalarial medication given through a vein. Even with effective therapy, 10-30% of

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures
001278

returned travelers with severe malaria die from their illness. Because of the seriousness and time-sensitive nature of the diagnosis, malaria testing should be done with haste and urgency for any traveler with fever who has recently returned from an area where malaria is known to occur.

## 2.2. Medical Protocol for Travel to the Ivory Coast

For travel to all areas of the Ivory Coast, malaria prophylaxis is recommended by the U.S. Centers for Disease Control (CDC), the World Health Organization (WHO), and the Belgian Federal Public Service Foreign Affairs. Malaria risk in Abidjan, Ivory Coast, where HZ traveled, is present year-round, and increased risk occurs during and immediately after the rainy seasons (April through July and September through December in the south). No vaccine is currently licensed in the U.S., Europe or in the Ivory Coast for malaria prevention.

The cornerstone of malaria prevention for travelers to malaria endemic areas is to take medication to prevent malaria illness. Several options exist, and are generally taken just before travel, during travel, and for a limited time after travel, depending on the medication prescribed. Options for medications for malaria prevention that are available in the U.S. and Europe include atovaquone/proguanil, doxycycline, lariam, and primaquine. All of these medications were available at the time of HZ's 2015 trip to the Ivory Coast, and all are highly effective (>90%) in preventing malaria. The choice of medication is usually made during a pre-travel consultation visit with a travel medicine specialist approximately one month before travel. According to the U.S. CDC, "Travel medicine specialists have in-depth knowledge of immunizations, risks associated with specific destinations, and the implications of traveling with underlying conditions. Therefore, a comprehensive consultation with a travel medicine expert is indicated for any traveler with a complicated health history, special risks (such as traveling at high altitudes or working in refugee camps), or exotic or complicated itineraries."

Additional malaria prevention measures are encouraged for travelers to malaria endemic areas include sleeping under insecticide-treated bed nets, staying in hotels with screens on windows and doors, regular use of long-lasting insecticide applied regularly to exposed areas of the skin, and wearing long pants and long sleeved shirts to limit skin exposed.

## 2.3. HZ's illness and death timeline

For HZ, he traveled to the Ivory Coast from November 24 – December 4, 2015. Eight days later on December 12, 2015, he experienced symptoms of abdominal pain, vomiting, and fatigue. Three days after symptoms started, he was seen on December 15, 2015 by a general physician. He told the general physician that he had just returned from travel to the Ivory Coast. The general physician diagnosed HZ with a viral illness, told him to take over-the-counter analgesics, and provided a work excuse note for one week (December 14-18, 2015). Three days after this doctor visit, on December 18, 2015, HZ's brother collected him in Brussels, Belgium and brought him via car to Strasbourg, France so that the family could help take care of his illness. Upon arrival to Strasbourg, his family took him to the Clinique St. Odile, where he was noted to be in critical condition with abnormal breathing and was comatose. He was admitted to the intensive care unit where he was diagnosed with severe malaria and a critically high level of malaria parasites in his blood. He received appropriate treatment for severe malaria, and additional medical interventions were initiated to treat the severe malaria complications he experienced. Notably, he experienced: 1) shock associated

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

001279

with low blood pressure that was treated with medication to increase his blood pressure, 2) kidney failure that was treated with dialysis, 3) liver failure that resulted in abnormal blood clotting and that was treated with transfusions of blood clotting elements that his liver could no longer make, 4) Disseminated Intravascular Coagulation, a condition where blood clots form in the bloodstream where they normally would not form and then block the blood supply to major organs, 5) low platelets and low red blood cells (anemia) treated with multiple platelet and blood transfusions, 6) macrophage activation syndrome, a condition where the human immune system begins to attack and destroy its own human elements including red blood cells, and 7) pneumonia due to HZ being on a mechanical ventilator to breathe for him while he was in a coma. After his malaria infection was successfully treated, around December 28, 2015 HZ's physicians stopped medications used to suppress HZ's level of consciousness. These medications are commonly given to patients on mechanical ventilation to help control the anxiety, pain and agitation associated with being on a ventilator. HZ did not 'wake up', causing doctors to look for a reasons why. An MRI of his brain on December 31 showed multiple areas of bleeding in his brain with other areas that had evidence of no blood flow. The most likely explanation for these MRI findings and inability to wake up is that HZ experienced both stroke with bleeding and loss of blood flow to his brain as a result of liver failure and disseminated intravascular coagulation that occurred as a complication of severe malaria. On January 5, 2016, an electroencephalogram to monitor HZ's brain activity showed slowing of activity on the left and no response to the external environment, including no reaction to purposeful attempts to wake him. He later experienced critically low blood pressure that did not increase with medications. He was pronounced dead on January 13, 2016.

The total number of days that HZ experienced conscious pain and suffering is 7 days, from December 12-18, 2015. He first experienced signs and symptoms of malaria on December 12, 2015. He became comatose on December 18, 2015.

## 2.4. Pre-travel Preparation

HZ did not provide a receipt for antimalarial medication for the trip to Ivory Coast from November 24 – December 4, 2015. He did take antimalarial medication on a previous 6-day trip to the Ivory Coast (February 23-28, 2014) and was prescribed a limited number of antimalarial tablets (atovaquone/proguanil) for this earlier trip only and did not have enough for additional travel.

According to his health and vaccination records, HZ paid for and received a second yellow fever vaccination at the airport upon arrival to Abidjan, Ivory Coast on November 24, 2015. This confirms that HZ did not receive a pre-travel clinic consultation for the most recent trip from November 24 – December 4, 2015. HZ was previously seen at Travel Clinic, CHU Saint Pierre on February 10, 2014, when he received yellow fever vaccine (Stamaril). One dose of vaccine is all that is required per WHO guidelines. Had HZ been properly prepared for travel to the Ivory Coast before this last trip, he would have been provided with antimalarial prophylaxis, and he would have been told to take his yellow fever vaccination card as required for entry into the Ivory Coast.

## 2.5. Post-travel Malaria Diagnosis and Treatment

Prompt diagnosis and treatment of malaria in a returned traveler is associated with improved outcomes, including complete recovery in most all patients. Malaria is the most common

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)          001280
Plaintiffs Disclosures

diagnosis for returned travelers with fever, is treatable and will not progress to severe malaria if diagnosed and cared for promptly. The inability of general doctors in resource-rich settings to recognize signs and symptoms of malaria contributes unnecessarily to the high number of cases of severe malaria. It is generally recommended that fever in an individual returning from a malaria-endemic area in the previous month should be assessed by an individual with expertise in travel medicine.

Several options for travel medicine consultation exist in Brussels. Physicians are available for both pre-travel and post-travel visits. Had HZ visited any of these clinics before travel, he would have been prescribed antimalarial prophylaxis. Had HZ visited any of these clinics on December 15, 2015 in lieu of visiting the general doctor, he would have been diagnosed and treated for malaria, likely before progression to severe malaria diagnosed four days later on December 19, 2015. Travel clinics available for pre- and post-travel consultation in Brussels include:

1. Travel Clinic CHU St. Pierre

2. Travel Clinic, University Hospital Erasmus

3. Travel Clinic, UZ Brussel

4. Hopitaux Iris Sud (4 travel clinic locations in Brussels)

5. City-Clinic

6. Travel Clinic Brugmann

7. Interregional Hospital Health Centre Edith Cavell


## 3. My Opinion

**3.1.** Clearly, HZ suffered *P. falciparum* malaria in December 2015 as a result of his business travel for ICTJ to the Ivory Coast from November 24 to December 4, 2015.

**3.2.** HZ should have been provided with a pre-travel consultation visit at a travel clinic before his trip. During this visit, he would have been prescribed antimalarial prophylaxis to prevent malaria infection. He also would have been counseled to take other precautions to avoid mosquitoes and to recognize signs and symptoms of malaria both during and after travel.

**3.3.** HZ should have had a malaria test immediately after he experienced signs and symptoms of malaria on December 12, 2015. He should have been seen in consultation with a specialist in travel medicine who would have ordered a malaria test and initiated appropriate treatment for *P. falciparum* malaria.

**3.4.** Had HZ been diagnosed with *P. falciparum* malaria on December 15, 2015, it is highly likely that he would have received appropriate treatment and recovered without experiencing serious and long-lasting effects of malaria infection.

**3.5.** The delay in diagnosis of *P. falciparum* malaria for HZ caused his malaria infection to progress to severe malaria, resulting in multiple complications that led to his death.

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)     001281
Plaintiffs Disclosures

**4. Statement of Compliance**

**4.1.** I understand that my overriding duty is to assist the court in matters within my expertise, and that this duty overrides any obligation to those instructing their clients or me. I confirm I have complied with that duty and will continue to do so.

**4.2.** I have done my best, in preparing this report, to be accurate and complete. I have mentioned all matters, which I regard as relevant to the opinions I have expressed.

**4.3.** I consider that all the matters on which I have expressed an opinion lie within my field of expertise.

**4.4.** I have drawn to the attention of the court all matters, of which I am aware, which might adversely affect my opinion.

**4.5.** In preparing and presenting this report, I am not aware of any conflict of interest actual or potential save as expressly disclosed in this report.

**4.6.** In respect of matters referred to which are not within my personal knowledge, I have indicated the source of such information.

**4.7.** I have not included anything in this report, which has been suggested to me by anyone, including the lawyers instructing me, without forming my own independent view of the matter.

**4.8.** Where, in my view, there is a range of reasonable opinion relevant to the opinions I express, I have indicated the extent of the range in the report.

**4.9.** At the time of signing the report I consider it to be complete and accurate. I will notify those instructing me if, for any reason, I subsequently consider that the report requires any alteration, correction, or qualification.

**4.10.** I understand that this report will be the evidence that I will give, if required, under oath, subject to any correction or qualification I may make before swearing to its veracity.

**5. Statement of Truth**

**5.1.** I confirm that I have made clear which facts and matters referred to in this report are within my own knowledge and which are not. Those that are within my own knowledge I confirm to be true. The opinions I have expressed represent my true and complete professional opinions on the matter to which they refer.

*[signature]*

Signed by Dr. Matthew Laurens, MD, MPH

Dated    28th January 2019

**CURRICULUM VITAE**
Matthew Brent Laurens, M.D., M.P.H.
Associate Professor of Pediatrics
University of Maryland School of Medicine

<u>**Date**</u>     November 4, 2018

<u>**Contact Information**</u>
Center for Vaccine Development and Global Health
685 W. Baltimore St, HSF I 480
Baltimore, Maryland  21201
Tel:  (410) 706-5462      Fax: (410) 706-1204
e-mail: mlaurens@som.umaryland.edu
Foreign Languages: fluent in French and Fongbe

<u>**Education**</u>

| | | |
|---|---|---|
| July, 1991 | French language | Institut de Touraine<br>Tours, France |
| May, 1992 | B.S.<br>(Biology) | Oglethorpe University<br>Atlanta, Georgia |
| May, 1996 | M.P.H. | The Johns Hopkins University Bloomberg School of Public Health<br>Baltimore, Maryland |
| June, 2001 | M.D. | Mercer University School of Medicine<br>Macon, Georgia |

<u>**Post Graduate Education and Training**</u>

| | |
|---|---|
| July 2001 – June 2004 | Internship and Residency in Pediatrics<br>Charity, Ochsner, and Tulane Hospitals<br>Tulane University School of Medicine, New Orleans, Louisiana |
| July 2004 – June 2005 | Chief Residency in Pediatrics<br>Charity, Ochsner, and Tulane Hospitals<br>Tulane University School of Medicine, New Orleans, Louisiana |
| July 2005 – June 2008 | Fellowship in Pediatric Infectious Diseases and Tropical Pediatrics<br>University of Maryland Medical Center<br>University of Maryland School of Medicine, Baltimore, Maryland<br>Research Mentor: Christopher V. Plowe, M.D., M.P.H. |

<u>**Certifications**</u>

| | |
|---|---|
| 2001-present | Provider, Pediatric Advanced Life Support |
| 2001-2011; 2014-present | Provider, Neonatal Resuscitation Program |
| 2004-2006 | Instructor, Pediatric Advanced Life Support |
| 2004-present | Diplomate, American Board of Pediatrics, Pediatrics |
| 2009-present | Diplomate, American Board of Pediatrics, Pediatric Infectious Diseases |

<u>**Medical Licensures**</u>

| | | |
|---|---|---|
| 2002 | Inactive | Louisiana |
| 2005 | Active | Maryland |
| 2006 | Active | Malawi |

<u>**Employment History**</u>

<u>**Academic Appointments**</u>

| | |
|---|---|
| 9/1996 – 8/1997 | Instructor, Department of Community Medicine<br>Mercer University School of Medicine, Macon, Georgia |
| 7/2004 – 6/2005 | Clinical Instructor, Department of Pediatrics |

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

Tulane University School of Medicine, New Orleans, Louisiana

| | |
|---|---|
| 7/2008 – 6/2009 | Research Associate, Department of Pediatrics<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2008 – present | Member, Center for Vaccine Development, University of Maryland School of Medicine |
| 7/2009 – 6/2014 | Assistant Professor of Pediatrics<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2010 – 6/2014 | Assistant Professor of Medicine, Secondary appointment<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2014 – 6/2017 | Associate Professor of Pediatrics<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2014 – 6/2017 | Associate Professor of Medicine, Secondary appointment<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2017 – present | Associate Professor of Pediatrics, tenure track<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2017 – present | Associate Professor of Medicine, tenure track, Secondary appointment<br>University of Maryland School of Medicine, Baltimore, Maryland |

## Administrative Appointments

| | |
|---|---|
| 2015 – present | Director, International Clinical Trials Unit, Malaria Research Group, Center for Vaccine Development and Global Health, University of Maryland School of Medicine |
| 2017 – present | Director, Pediatric Infectious Diseases Fellowship Program |

## Other Employment

| | |
|---|---|
| 8/1992 – 4/1995 | Disease Eradication Specialist<br>U.S. Peace Corps, Lalo, Republic of Benin, West Africa |
| 3/1994 – 4/1995 | Project Supervisor<br>UNICEF Benin, Bohicon, Republic of Benin, West Africa |
| 1 – 4/1996 | Research Assistant<br>The Johns Hopkins University Bloomberg School of Public Health, Baltimore, Maryland |
| 8/2003 – 6/2005 | Emergency Room Attending Physician<br>Tulane University Hospital, New Orleans, Louisiana |
| 9/2004 – 6/2005 | Emergency Room Attending Physician<br>West Jefferson Medical Center, Marrero, Louisiana |
| 7/2009 – 2/2015 | Research Specialist<br>Howard Hughes Medical Institute / Center for Vaccine Development<br>University of Maryland School of Medicine |

## Professional Society Memberships

| | |
|---|---|
| 2001 – present | American Academy of Pediatrics |
| 2005 – present | American Society of Tropical Medicine and Hygiene |
| 2005 – present | Pediatric Infectious Diseases Society |
| 2018 – present | HIC-Vac Network (Human Infection Challenge) |

## Honors and Awards

| | |
|---|---|
| 2000 – 2001 | Senior Class President, Mercer University School of Medicine, Class of 2001 |
| 2001 | Community Responsive Physician Award, Mercer University School of Medicine, Department of Community |

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures
001284

|            | Medicine |
|------------|----------|
| 2001 | Humanism in Medicine Award, Mercer University School of Medicine |
| 2002-2003 | Best Resident in Pediatrics, Owl Club, Tulane University School of Medicine |
| 2004 | Resident of the Year Nominee, Medical Center of Louisiana, Charity Hospital and University Hospital, New Orleans, Louisiana |
| 2004 – 2005 | Chief Resident, Tulane/Ochsner Pediatric Residency Program |
| 2006 – 2008 | NIH Ruth L. Kirschstein National Research Service Award |
| 2007 – 2009 | Recipient, National Institutes of Health Loan Repayment Program |
| 2008 | Best Fellow Research Presentation, Pediatric Research Day, University of Maryland School of Medicine |
| 2008 – 2009 | Burroughs Wellcome Fund/American Society of Tropical Medicine and Hygiene Postdoctoral Fellowship in Tropical Infectious Diseases |
| 2009 – 2010 | Recipient, National Institutes of Health Loan Repayment Program, competitive renewal |
| 2010 | National Foundation for Infectious Diseases/Sanofi Pasteur 2010 Advanced Vaccinology Course Travel Grant |
| 2011 – 2013 | Recipient, National Institutes of Health Loan Repayment Program, competitive renewal |
| 2013 | Selected by peers as an outstanding practicing doctor in Washington, DC-Baltimore-Northern Virginia, named to the Super Doctors® Rising Stars[SM] list |
| 2013 | Teaching Commendation in Host Defenses and Infectious Diseases, Parasitology/Virology, in recognition of excellence in teaching by the Class of 2015, University of Maryland School of Medicine |
| 2014 | Early Career Reviewer Program, Center for Scientific Review, National Institutes of Health |
| 2014 – 2016 | Recipient, National Institutes of Health Loan Repayment Program, competitive renewal |

## Clinical Activities

| | |
|---|---|
| 2009 – present | Pediatric Infectious Disease Specialist<br>University of Maryland Hospital for Children<br>Provide clinical care, supervise trainees, and educate pediatric housestaff<br>Average of 10-15 new patients per week<br>9 weeks per year |
| 2010 – present | Travel Clinic Physician<br>University of Maryland Medical Center<br>Provide pre-travel advice and post-travel evaluation |

## Administrative Service

## Institutional Service

| | |
|---|---|
| 2006 – 2008 | Member, Physician Design Team, University of Maryland Medical Center<br>Team member to assist in designing an Integrated Electronic Medical Record System |
| 2008 – present | Member, Clinical Competency Committee, Pediatric Infectious Diseases Fellowship Training Program, University of Maryland School of Medicine |
| 2009 – 2014 | Independent Safety Monitor, DMID Protocol 08-0012, Immunogenicity of Off-Schedule Dosing of HPV Vaccine |
| 2010 – 2014 | Independent Safety Monitor, DMID Protocol 08-0017, Safety and Immunogenicity of Sequential Rotavirus Vaccine Schedules with RotaTeq® and Rotarix® |
| 2010 – present | Member, Antimicrobial Subcommittee of the Pharmacy and Therapeutics Committee, University of Maryland Medical Center |
| 2010 – 2013 | Alternate Representative, School of Medicine Council, University of Maryland School of Medicine |
| 2010 – present | Member, Pediatric Residency Recruitment Committee, University of Maryland School of Medicine |
| 2012 – present | Member, Pediatric Fellowship Scholarly Activity Review Committee, University of Maryland School of Medicine |
| 2012 – present | Member and University of Maryland Representative, Board of Directors, Tropical Medicine Dinner Club of Baltimore |
| 2013 – 2016 | Independent Safety Monitor, DMID Protocol 13-0033, A Phase II Randomized, Double-Blinded, Controlled Study in Healthy Adults to Assess the Safety, Reactogenicity, and Immunogenicity of a Monovalent Influenza A/H7N9 |

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

Virus Vaccine Administered at Different Dosages Given With and Without AS03 and MF59 Adjuvants

| | |
|---|---|
| 2013 – present | Member, School of Medicine Council, University of Maryland School of Medicine |
| 2013 – present | Panelist Judge, Medical Student Research Day, University of Maryland School of Medicine |
| 2014 – present | Independent Safety Monitor, DMID Protocol 13-0034, A Phase II Randomized, Partially-Blinded, Controlled Trial in Healthy Adults Aged 65 Years and Older to Assess the Safety, Reactogenicity, and Immunogenicity of an MF59-Adjuvanted, Monovalent Inactivated Influenza A/H7N9 Virus Vaccine Administered Intramuscularly at Different Intervals and Dosages |
| 2015 – present | Interviewer for Ph.D. applicants to the Graduate Program in Epidemiology and Human Genetics, University of Maryland School of Medicine |
| 2016 – present | Independent Safety Monitor (alternate), DMID Protocol 14-0013, A Phase II Trial to Evaluate the Safety and Immunogenicity of MENVEO® (Meningococcal Groups A, C, Y and W135 Oligosaccharide Diphtheria CRM197 Conjugate Vaccine) in Pregnant Women |
| 2016 – present | Independent Safety Monitor (alternate), DMID Protocol 15-0066, A Phase I Randomized, Double-Blind, Controlled Trial in Healthy Adults to Assess the Safety, Reactogenicity, and Immunogenicity of a Monovalent Inactivated Influenza A/H5N8 Virus Vaccine Administered Intramuscularly Given With or Without AS03 or MF59 Adjuvants: Assessment of Immunological Responses and Lymphocyte Interplay |
| 2017 | Member, Search Committee for Assistant Professor, Institute for Global Health, University of Maryland School of Medicine, full-time faculty position to be permanently located at the Division of Malaria Research clinical trials site in Malawi, Expatriate status |
| 2018 | Panelist, Global Health Career Panel, Global Health Interest Group, University of Maryland School of Medicine |
| 2018 | Reviewer, Institute for Clinical and Translational Research (ICTR) ATIP Grant Program, University of Maryland, Baltimore |
| 2018 | Reviewer, Mock Study Section for NRSA grant applications, Graduate Program in Life Sciences, Office of Postdoctoral Scholars, University of Maryland School of Medicine |
| 2018 – present | Member, Dissertation Committee, Liana Andronescu, PhD student, Graduate Program in Life Sciences, University of Maryland School of Medicine |
| 2018 | Member, Search Committee for Assistant or Associate Professor, Department of Microbiology & Immunology and the Center for Vaccine Development and Global Health, University of Maryland School of Medicine, full-time faculty position |

**Local Service**

| | |
|---|---|
| 2014 – present | Pediatrician Consultant, Downtown Baltimore Child Care Center |
| 2015 – present | Pediatrician Consultant, Homewood Early Learning Center |
| 2015 | Downtown Baltimore Child Care Center: discussed need for vaccination policy revision with senior management, drafted new requirement for childhood vaccination for childcare center attendees, led informational session with childcare providers regarding influenza and pertussis vaccination and the benefits of providing ring vaccination among caregivers, 5 contact hours |
| 2016 | Downtown Baltimore Child Care Center: discussed need for exclusion of children for minor illnesses including conjunctivitis and potential policy revision with senior management, drafted policy revision for conjunctivitis for childcare center attendees, 2 contact hours |
| 2016 | Interviewed by Maryland Public Television's Jeff Salkin, Direct Connection, Your Health Segment, "The Zika Virus: How You Get It, What It Does, and How to Avoid It", February 29, 2016. |
| 2016 | Participant, Senator Benjamin Cardin's roundtable discussion on Zika virus preparedness and funding, Johns |

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures
001286

**National and International Service**

2005 – present   Reviewer, *Antimicrobial Agents and Chemotherapy (one), Tropical Medicine & International Health (one), African Academy of Science Open Research (one), Annals of Internal Medicine (two), American Journal of Tropical Medicine and Hygiene (one/year), The Pediatric Infectious Disease Journal (one/2 years), Journal of Infectious Diseases (one/2 years), PLoS One (2-3/year), International Journal of Pediatric Otorhinolaryngology (2-3/year), Clinical Infectious Diseases (one/year), BMC Medicine (one/year), The Lancet Infectious Diseases (one), Vaccine (2-3/year), Cytokine (one/year), The Journal of Pediatric Infectious Diseases (one/year), African Journal of Infectious Diseases (1/year), NPJ Vaccines (one/year) , AAS Open Research (one/year)* and *The New England Journal of Medicine (1/year)*

2005             Question writer, Pediatric Specialty Certification Examination
                 American Board of Pediatrics

2009             Consultant, World Health Organization Initiative for Vaccine Research
                 Scientific Forum: Progress and Challenges with Whole-Organism Malaria Vaccines

2010             Consultant, World Health Organization Initiative for Vaccine Research
                 Development of Clinical Guidelines for the Design and Conduct of Clinical Malaria Challenge Trials

2010             Consultant, World Health Organization Initiative for Vaccine Research
                 Development of Microscopy Guidelines for the Design and Conduct of Clinical Malaria Challenge Trials

2010             Scientific Merit Reviewer, Special Emphasis Panel
                 Conducting Public Health Research in Kenya
                 Office of Extramural Research, Centers for Disease Control and Prevention

2010 – 2011      Member, Data Safety and Monitoring Board, Radboud University Nijmegen Medical Centre, Nijmegen, The Netherlands, for the clinical trial "Immunization with different doses of *Plasmodium falciparum* sporozoites under chloroquine prophylaxis (ZonMw1)"

2011             Scientific Merit Reviewer, Special Emphasis Panel
                 Conducting Public Health Research in Kenya
                 Office of Extramural Research, Centers for Disease Control and Prevention

2011 – present   Laboratory Director, Ndirande Research Clinic Laboratory, Blantyre Malaria Project, Blantyre, Malawi, East Africa

2011 – 2013      Member, Data Safety and Monitoring Board, Radboud University Nijmegen Medical Centre, Nijmegen, The Netherlands, for the clinical trial "Immunization with *Plasmodium falciparum* sporozoites under chloroquine versus mefloquine prophylaxis (ZonMw2)"

2011 – 2012      Member, Data Safety and Monitoring Board, DMID protocol number 06-0058, for the clinical trial "Experimental Infection with *Haemophilus ducreyi*"

2011 – 2012      Member, Data Safety and Monitoring Board, DMID protocol number 06-0027, for the clinical trial "Evaluation of isogenic mutants in experimental human infection with *Haemophilus ducreyi*"

2012 – 2014      Member, Data Safety and Monitoring Board, Radboud University Nijmegen Medical Centre, Nijmegen, The Netherlands, for the clinical trial "Re-exposure of previously immunized and challenged human volunteers to a heterologous strain of *P. falciparum* sporozoites (TIP4)"

2012 – present   Member, Safety Oversight Committee, DMID protocol number 06-0058, for the clinical trial "Experimental Infection with *Haemophilus ducreyi*"

2012 – present   Member, Safety Oversight Committee, DMID protocol number 06-0027, for the clinical trial "Evaluation of isogenic mutants in experimental human infection with *Haemophilus ducreyi*"

2013             Scientist Reviewer, Peer Reviewed Medical Research Program, Clinical Trial Award
                 Department of Defense Congressionally Directed Medical Research Program

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)                                                    001287
Plaintiffs Disclosures

| 2014 | Reviewer, Special Emphasis Panel ZGH1 HMS 03 |
| | Conducting Public Health Research in China, and |
| | Conducting Public Health Research in Thailand by the Ministry of Public Health (MOPH) |
| | Center for Global Health, Centers for Disease Control and Prevention |

2014        Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Discovery Award
Department of Defense Congressionally Directed Medical Research Program

2014 – 2015    Member, Data Safety and Monitoring Board, Sabin Vaccine Institute, Washington, D.C., for the clinical trial "Phase 1 Study of the Safety and Immunogenicity of *Na*-GST-1/Alhydrogel®, with or without a CpG ODN adjuvant, in Healthy Adults"

2014 – present   Judge, Young Investigator Award Competition, Annual Meeting of the American Society of Tropical Medicine and Hygiene

2015        Scientific Merit Reviewer, Special Emphasis Panel ZGH1 HMS 01
Conducting Public Health Research in Kenya
Center for Global Health, Centers for Disease Control and Prevention

2015        Scientist Reviewer, Medical Research Council, UK, Biomedical Catalyst DPFS/DCS

2015        Scientific Merit Reviewer, Special Emphasis Panel, 2016/01 Council ZGH1 HMS 01
Conducting Public Health Research in Georgia
Center for Global Health, Centers for Disease Control and Prevention

2015 – present   Expert consultant to law firm on malpractice cases regarding infectious diseases

2016        Reviewer, Special Emphasis Panel/Scientific Review Group 2016/05 ZAI1 RRS-M (M1)
National Institute of Allergy and Infectious Diseases Special Emphasis Panel

2016 – 2017    Associate Editor, Clinical and Vaccine Immunology, American Society of Microbiology

2016        Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Review Panel
Department of Defense Congressionally Directed Medical Research Program

2016        External Reviewer, New surveillance tool for malaria elimination in Bangladesh, China and Myanmar
International Centre for Diarrhoeal Disease Research, Bangladesh

2016        Workshop Panelist, Clinical Trial Design Considerations for Malaria Drug Development, U.S. Food and Drug Administration, Silver Spring, Maryland, June 30, 2016

2016        Scientific Merit Reviewer, Assistant Secretary of Defense for Health Affairs/Defense Health Agency/Uniformed Services University of the Health Sciences/Center for Global Health Engagement Research Program (GHESPR16)

2016        Scientific Organizing Committee Member, Second International Alliance for Biological Standardization (IABS) Human Challenge Trial Workshop

2016        Participant, 3rd Global Task Force for Cholera Control (GTFCC) Oral Cholera Vaccine (OCV) Working Group Meeting, December 14, 2016, Geneva, Switzerland

2016 – present   Member, Global Burden of Disease collaborator network, Institute for Health Metrics and Evaluation

2017        Scientist Reviewer, FY 18 Military Infectious Diseases Research Program (MIDRP), Panel F- Malaria Vaccine Research

2017 – present   Independent Medical Reviewer, State and Federally Mandated External Medical Reviews

2017        Expert consultant to GE Oil & Gas for malaria diagnostics, treatment and prophylaxis

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures
001288

| 2017 | Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Review Panel<br>Department of Defense Congressionally Directed Medical Research Program |
|---|---|
| 2017 | Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Discovery Award Review Panel<br>Department of Defense Congressionally Directed Medical Research Program |
| 2017 | Temporary Member, Vaccines Against Microbial Diseases Study Section, Immunology Integrated Review Group, 2018/01 VMD, Center for Scientific Review, National Institutes of Health |
| 2017 – 2018 | Reviewer, Special Emphasis Panel/Scientific Review Group 2018/05 ZAI1 MFH-M (M1)<br>National Institute of Allergy and Infectious Diseases Special Emphasis Panel |
| 2017 – present | Member, Education Committee, Pediatric Infectious Diseases Society (PIDS) |
| 2018 | Reviewer, Special Emphasis Panel/Scientific Review Group 2018/05 ZRG1 IDM-X (02) M<br>National Institute of Allergy and Infectious Diseases Special Emphasis Panel |
| 2018 | Reviewer, National Fellowships Committee for Graduate Women in Science |
| 2018 | Reviewer, Special Emphasis Panel/Scientific Review Group 2018/05 ZAI1 MFH-M (S2)<br>National Institute of Allergy and Infectious Diseases Special Emphasis Panel |
| 2018 | Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Review Panel<br>Department of Defense Congressionally Directed Medical Research Program |
| 2018 | Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Discovery Award Review Panel<br>Department of Defense Congressionally Directed Medical Research Program |
| 2018 | Scientist Reviewer, Else Kröner-Fresenius Foundation, Bad Homburg, Germany |
| 2018 | Scientist Reviewer, Transforming Technology for the Warfighter Program 2018/08 ZRG1 ETTN-U (84), Uniformed Services University of Health Sciences, Bethesda, Maryland |
| 2018 | Scientist Reviewer, Raine Priming Grant, Raine Medical Research Foundation, The University of Western Australia, Nedlands, Western Australia |
| 2018 | Scientist Reviewer, Military Infectious Disease peer review panel, Joint Warfighter Medical Research Program, Department of Defense Congressionally Directed Medical Research Program |
| 2018 | Scientist Reviewer, Vaccines Against Microbial Diseases Study Section, Immunology Integrated Review Group, 2019/01 VMD, Center for Scientific Review, National Institutes of Health |

**Teaching Service**

Mercer University School of Medicine

| 1996 – 1997 | Instructor, Biostatistics, Epidemiology and Research Design courses ($1^{st} – 4^{th}$ year medical students)<br>80 contact hours per year |
|---|---|

National Center for Health Statistics, Applied Statistics Training Institute

| 1997 | Lecturer, Small Area Analysis, (30 State and local health department personnel), Denver, Colorado, 20 contact hours |
|---|---|

Tulane University School of Medicine, New Orleans, Louisiana

| 2004 – 2005 | Coordinator, Pediatrics Core Lecture Series Conference, (45 pediatric housestaff and 15 medical students), 5 hours/week |
|---|---|
| 2004 – 2005 | Lecturer and Facilitator, Pediatrics Morning Report Conference, (20 pediatric housestaff, medical students and faculty), 5 hours/week |
| 2004 – 2005 | Lecturer, Pediatrics Board Review Conference, (30 pediatric housestaff and medical students), 10 contact hours |

2005     Course Co-Director and Lecturer, Introduction to Pediatrics, (35 physical therapy students), 15 contact hours

University of Maryland, Baltimore
2006     Facilitator, New Capabilities, Emerging Issues and Responsible Conduct in Data Management
       4 contact hours

University of Maryland Medical Center
2007     Lecturer, Microbiology Laboratory Conference, Cystic Fibrosis and Common Pathogens
       1 contact hour

University of Maryland School of Medicine
*Clinical*
2005 – 2008  Clinical Infectious Diseases Fellow, University of Maryland Medical Center
       Supervised 1-3 residents and/or medical students, weekly conferences

2009 – present Attending physician, Pediatric Infectious Diseases inpatient and outpatient consultations
       University of Maryland Hospital for Children, 1 fellow and 1-3 residents or medical students 9 weeks per year
       Evaluation summary: surpasses expectations routinely in providing appropriate team guidance and supervision,
       modeling life-long learning, creating an environment conducive to learning, communicating with patients and
       families, and in modeling professionalism and ethical behavior

2010 – present Attending physician, Travel Clinic, University of Maryland Travel Clinic
       1 fellow or resident
       8 sessions per year

*Medical Student Teaching*
2007 – present Facilitator, MSPR 520 Host Defense and Infectious Diseases, Small Group Sessions (20, 2nd year medical students),
       7 contact hours per year

2009 – 2013  Instructor, MSPR 520 Host Defense and Infectious Diseases (40, 2nd year medical students)
       Topic: Malaria microscopy, 3 contact hours

2009 – present Lecturer, MSPR 520 Host Defense and Infectious Diseases (150, 2nd year medical students)
       Topic: Enteroviruses, 1 contact hour
       Evaluation summary: Awarded Teaching Commendation in recognition of excellence in teaching by the Class of
       2015, ranked above average by 79% of students

2010 – present Lecturer, MSPR 520 Host Defense and Infectious Diseases (150, 2nd year medical students)
       Topic: Other Viral Causes of Diarrhea, 1 contact hour

2010 – 2011  Lecturer, Malaria lecture series (6, 1st year medical students in Doris Duke Summer Fellowship Program)
       Topics: HIV-malaria interactions, malaria microscopy, 4 contact hours

2015 – present Instructor, MSPR 520 Host Defense and Infectious Diseases (150, 2nd year medical students)
       Topic: Parasitology laboratory practicum, 4 contact hours

2016 – present Lecturer, MSPR 520 Host Defense and Infectious Diseases (150, 2nd year medical students)
       Topic: Malaria, 1 contact hour

*Graduate Student Teaching*
2013     Facilitator, Introduction to Vaccinology Course, GPILS PREV 627, 30 students
       Topic: The Anti-Vaccine Movement, 1 contact hour

2015 – present Facilitator, Research Ethics CIPP907, University of Maryland Baltimore Center for Interprofessional Education,
       Small Group Sessions (12, interprofessional students), 2-4 contact hours per year

2015 – present Lecturer, Introduction to Vaccinology Course, GPILS PREV 627, 30 students
       Topic: Clinical Evaluation Phases 1, 2, 3, 4; 1 contact hour

*Resident Teaching*

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)  001290
Plaintiffs Disclosures

**CURRICULUM VITAE**
Matthew Brent Laurens, M.D., M.P.H.
Associate Professor of Pediatrics
University of Maryland School of Medicine

**Date**      November 4, 2018

**Contact Information**
Center for Vaccine Development and Global Health
685 W. Baltimore St, HSF I 480
Baltimore, Maryland  21201
Tel:  (410) 706-5462      Fax: (410) 706-1204
e-mail: mlaurens@som.umaryland.edu
Foreign Languages: fluent in French and Fongbe

**Education**

| | | |
|---|---|---|
| July, 1991 | French language | Institut de Touraine<br>Tours, France |
| May, 1992 | B.S.<br>(Biology) | Oglethorpe University<br>Atlanta, Georgia |
| May, 1996 | M.P.H. | The Johns Hopkins University Bloomberg School of Public Health<br>Baltimore, Maryland |
| June, 2001 | M.D. | Mercer University School of Medicine<br>Macon, Georgia |

**Post Graduate Education and Training**

| | |
|---|---|
| July 2001 – June 2004 | Internship and Residency in Pediatrics<br>Charity, Ochsner, and Tulane Hospitals<br>Tulane University School of Medicine, New Orleans, Louisiana |
| July 2004 – June 2005 | Chief Residency in Pediatrics<br>Charity, Ochsner, and Tulane Hospitals<br>Tulane University School of Medicine, New Orleans, Louisiana |
| July 2005 – June 2008 | Fellowship in Pediatric Infectious Diseases and Tropical Pediatrics<br>University of Maryland Medical Center<br>University of Maryland School of Medicine, Baltimore, Maryland<br>Research Mentor: Christopher V. Plowe, M.D., M.P.H. |

**Certifications**

| | |
|---|---|
| 2001-present | Provider, Pediatric Advanced Life Support |
| 2001-2011; 2014-present | Provider, Neonatal Resuscitation Program |
| 2004-2006 | Instructor, Pediatric Advanced Life Support |
| 2004-present | Diplomate, American Board of Pediatrics, Pediatrics |
| 2009-present | Diplomate, American Board of Pediatrics, Pediatric Infectious Diseases |

**Medical Licensures**

| | | |
|---|---|---|
| 2002 | Inactive | Louisiana |
| 2005 | Active | Maryland |
| 2006 | Active | Malawi |

**Employment History**

**Academic Appointments**

| | |
|---|---|
| 9/1996 – 8/1997 | Instructor, Department of Community Medicine<br>Mercer University School of Medicine, Macon, Georgia |
| 7/2004 – 6/2005 | Clinical Instructor, Department of Pediatrics |

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

Tulane University School of Medicine, New Orleans, Louisiana

| | |
|---|---|
| 7/2008 – 6/2009 | Research Associate, Department of Pediatrics<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2008 – present | Member, Center for Vaccine Development, University of Maryland School of Medicine |
| 7/2009 – 6/2014 | Assistant Professor of Pediatrics<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2010 – 6/2014 | Assistant Professor of Medicine, Secondary appointment<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2014 – 6/2017 | Associate Professor of Pediatrics<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2014 – 6/2017 | Associate Professor of Medicine, Secondary appointment<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2017 – present | Associate Professor of Pediatrics, tenure track<br>University of Maryland School of Medicine, Baltimore, Maryland |
| 7/2017 – present | Associate Professor of Medicine, tenure track, Secondary appointment<br>University of Maryland School of Medicine, Baltimore, Maryland |

**Administrative Appointments**

| | |
|---|---|
| 2015 – present | Director, International Clinical Trials Unit, Malaria Research Group, Center for Vaccine Development and Global Health, University of Maryland School of Medicine |
| 2017 – present | Director, Pediatric Infectious Diseases Fellowship Program |

**Other Employment**

| | |
|---|---|
| 8/1992 – 4/1995 | Disease Eradication Specialist<br>U.S. Peace Corps, Lalo, Republic of Benin, West Africa |
| 3/1994 – 4/1995 | Project Supervisor<br>UNICEF Benin, Bohicon, Republic of Benin, West Africa |
| 1 – 4/1996 | Research Assistant<br>The Johns Hopkins University Bloomberg School of Public Health, Baltimore, Maryland |
| 8/2003 – 6/2005 | Emergency Room Attending Physician<br>Tulane University Hospital, New Orleans, Louisiana |
| 9/2004 – 6/2005 | Emergency Room Attending Physician<br>West Jefferson Medical Center, Marrero, Louisiana |
| 7/2009 – 2/2015 | Research Specialist<br>Howard Hughes Medical Institute / Center for Vaccine Development<br>University of Maryland School of Medicine |

**Professional Society Memberships**

| | |
|---|---|
| 2001 – present | American Academy of Pediatrics |
| 2005 – present | American Society of Tropical Medicine and Hygiene |
| 2005 – present | Pediatric Infectious Diseases Society |
| 2018 – present | HIC-Vac Network (Human Infection Challenge) |

**Honors and Awards**

| | |
|---|---|
| 2000 – 2001 | Senior Class President, Mercer University School of Medicine, Class of 2001 |
| 2001 | Community Responsive Physician Award, Mercer University School of Medicine, Department of Community |

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
001284
Plaintiffs Disclosures

| | Medicine |
|---|---|
| 2001 | Humanism in Medicine Award, Mercer University School of Medicine |
| 2002-2003 | Best Resident in Pediatrics, Owl Club, Tulane University School of Medicine |
| 2004 | Resident of the Year Nominee, Medical Center of Louisiana, Charity Hospital and University Hospital, New Orleans, Louisiana |
| 2004 – 2005 | Chief Resident, Tulane/Ochsner Pediatric Residency Program |
| 2006 – 2008 | NIH Ruth L. Kirschstein National Research Service Award |
| 2007 – 2009 | Recipient, National Institutes of Health Loan Repayment Program |
| 2008 | Best Fellow Research Presentation, Pediatric Research Day, University of Maryland School of Medicine |
| 2008 – 2009 | Burroughs Wellcome Fund/American Society of Tropical Medicine and Hygiene Postdoctoral Fellowship in Tropical Infectious Diseases |
| 2009 – 2010 | Recipient, National Institutes of Health Loan Repayment Program, competitive renewal |
| 2010 | National Foundation for Infectious Diseases/Sanofi Pasteur 2010 Advanced Vaccinology Course Travel Grant |
| 2011 – 2013 | Recipient, National Institutes of Health Loan Repayment Program, competitive renewal |
| 2013 | Selected by peers as an outstanding practicing doctor in Washington, DC-Baltimore-Northern Virginia, named to the Super Doctors® Rising Stars[SM] list |
| 2013 | Teaching Commendation in Host Defenses and Infectious Diseases, Parasitology/Virology, in recognition of excellence in teaching by the Class of 2015, University of Maryland School of Medicine |
| 2014 | Early Career Reviewer Program, Center for Scientific Review, National Institutes of Health |
| 2014 – 2016 | Recipient, National Institutes of Health Loan Repayment Program, competitive renewal |

## Clinical Activities

| | |
|---|---|
| 2009 – present | Pediatric Infectious Disease Specialist<br>University of Maryland Hospital for Children<br>Provide clinical care, supervise trainees, and educate pediatric housestaff<br>Average of 10-15 new patients per week<br>9 weeks per year |
| 2010 – present | Travel Clinic Physician<br>University of Maryland Medical Center<br>Provide pre-travel advice and post-travel evaluation |

## Administrative Service

## Institutional Service

| | |
|---|---|
| 2006 – 2008 | Member, Physician Design Team, University of Maryland Medical Center<br>Team member to assist in designing an Integrated Electronic Medical Record System |
| 2008 – present | Member, Clinical Competency Committee, Pediatric Infectious Diseases Fellowship Training Program, University of Maryland School of Medicine |
| 2009 – 2014 | Independent Safety Monitor, DMID Protocol 08-0012, Immunogenicity of Off-Schedule Dosing of HPV Vaccine |
| 2010 – 2014 | Independent Safety Monitor, DMID Protocol 08-0017, Safety and Immunogenicity of Sequential Rotavirus Vaccine Schedules with RotaTeq® and Rotarix® |
| 2010 – present | Member, Antimicrobial Subcommittee of the Pharmacy and Therapeutics Committee, University of Maryland Medical Center |
| 2010 – 2013 | Alternate Representative, School of Medicine Council, University of Maryland School of Medicine |
| 2010 – present | Member, Pediatric Residency Recruitment Committee, University of Maryland School of Medicine |
| 2012 – present | Member, Pediatric Fellowship Scholarly Activity Review Committee, University of Maryland School of Medicine |
| 2012 – present | Member and University of Maryland Representative, Board of Directors, Tropical Medicine Dinner Club of Baltimore |
| 2013 – 2016 | Independent Safety Monitor, DMID Protocol 13-0033, A Phase II Randomized, Double-Blinded, Controlled Study in Healthy Adults to Assess the Safety, Reactogenicity, and Immunogenicity of a Monovalent Influenza A/H7N9 |

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

Virus Vaccine Administered at Different Dosages Given With and Without AS03 and MF59 Adjuvants

| | |
|---|---|
| 2013 – present | Member, School of Medicine Council, University of Maryland School of Medicine |
| 2013 – present | Panelist Judge, Medical Student Research Day, University of Maryland School of Medicine |
| 2014 – present | Independent Safety Monitor, DMID Protocol 13-0034, A Phase II Randomized, Partially-Blinded, Controlled Trial in Healthy Adults Aged 65 Years and Older to Assess the Safety, Reactogenicity, and Immunogenicity of an MF59-Adjuvanted, Monovalent Inactivated Influenza A/H7N9 Virus Vaccine Administered Intramuscularly at Different Intervals and Dosages |
| 2015 – present | Interviewer for Ph.D. applicants to the Graduate Program in Epidemiology and Human Genetics, University of Maryland School of Medicine |
| 2016 – present | Independent Safety Monitor (alternate), DMID Protocol 14-0013, A Phase II Trial to Evaluate the Safety and Immunogenicity of MENVEO® (Meningococcal Groups A, C, Y and W135 Oligosaccharide Diphtheria CRM197 Conjugate Vaccine) in Pregnant Women |
| 2016 – present | Independent Safety Monitor (alternate), DMID Protocol 15-0066, A Phase I Randomized, Double-Blind, Controlled Trial in Healthy Adults to Assess the Safety, Reactogenicity, and Immunogenicity of a Monovalent Inactivated Influenza A/H5N8 Virus Vaccine Administered Intramuscularly Given With or Without AS03 or MF59 Adjuvants: Assessment of Immunological Responses and Lymphocyte Interplay |
| 2017 | Member, Search Committee for Assistant Professor, Institute for Global Health, University of Maryland School of Medicine, full-time faculty position to be permanently located at the Division of Malaria Research clinical trials site in Malawi, Expatriate status |
| 2018 | Panelist, Global Health Career Panel, Global Health Interest Group, University of Maryland School of Medicine |
| 2018 | Reviewer, Institute for Clinical and Translational Research (ICTR) ATIP Grant Program, University of Maryland, Baltimore |
| 2018 | Reviewer, Mock Study Section for NRSA grant applications, Graduate Program in Life Sciences, Office of Postdoctoral Scholars, University of Maryland School of Medicine |
| 2018 – present | Member, Dissertation Committee, Liana Andronescu, PhD student, Graduate Program in Life Sciences, University of Maryland School of Medicine |
| 2018 | Member, Search Committee for Assistant or Associate Professor, Department of Microbiology & Immunology and the Center for Vaccine Development and Global Health, University of Maryland School of Medicine, full-time faculty position |

**Local Service**

| | |
|---|---|
| 2014 – present | Pediatrician Consultant, Downtown Baltimore Child Care Center |
| 2015 – present | Pediatrician Consultant, Homewood Early Learning Center |
| 2015 | Downtown Baltimore Child Care Center: discussed need for vaccination policy revision with senior management, drafted new requirement for childhood vaccination for childcare center attendees, led informational session with childcare providers regarding influenza and pertussis vaccination and the benefits of providing ring vaccination among caregivers, 5 contact hours |
| 2016 | Downtown Baltimore Child Care Center: discussed need for exclusion of children for minor illnesses including conjunctivitis and potential policy revision with senior management, drafted policy revision for conjunctivitis for childcare center attendees, 2 contact hours |
| 2016 | Interviewed by Maryland Public Television's Jeff Salkin, Direct Connection, Your Health Segment, "The Zika Virus: How You Get It, What It Does, and How to Avoid It", February 29, 2016. |
| 2016 | Participant, Senator Benjamin Cardin's roundtable discussion on Zika virus preparedness and funding, Johns |

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

**National and International Service**

2005 – present   Reviewer, *Antimicrobial Agents and Chemotherapy (one), Tropical Medicine & International Health (one), African Academy of Science Open Research (one), Annals of Internal Medicine (two), American Journal of Tropical Medicine and Hygiene (one/year), The Pediatric Infectious Disease Journal (one/2 years), Journal of Infectious Diseases (one/2 years), PLoS One (2-3/year), International Journal of Pediatric Otorhinolaryngology (2-3/year), Clinical Infectious Diseases (one/year), BMC Medicine (one/year), The Lancet Infectious Diseases (one), Vaccine (2-3/year), Cytokine (one/year), The Journal of Pediatric Infectious Diseases (one/year), African Journal of Infectious Diseases (1/year), NPJ Vaccines (one/year) , AAS Open Research (one/year)* and *The New England Journal of Medicine (1/year)*

2005   Question writer, Pediatric Specialty Certification Examination
American Board of Pediatrics

2009   Consultant, World Health Organization Initiative for Vaccine Research
Scientific Forum: Progress and Challenges with Whole-Organism Malaria Vaccines

2010   Consultant, World Health Organization Initiative for Vaccine Research
Development of Clinical Guidelines for the Design and Conduct of Clinical Malaria Challenge Trials

2010   Consultant, World Health Organization Initiative for Vaccine Research
Development of Microscopy Guidelines for the Design and Conduct of Clinical Malaria Challenge Trials

2010   Scientific Merit Reviewer, Special Emphasis Panel
Conducting Public Health Research in Kenya
Office of Extramural Research, Centers for Disease Control and Prevention

2010 – 2011   Member, Data Safety and Monitoring Board, Radboud University Nijmegen Medical Centre, Nijmegen, The Netherlands, for the clinical trial "Immunization with different doses of *Plasmodium falciparum* sporozoites under chloroquine prophylaxis (ZonMw1)"

2011   Scientific Merit Reviewer, Special Emphasis Panel
Conducting Public Health Research in Kenya
Office of Extramural Research, Centers for Disease Control and Prevention

2011 – present   Laboratory Director, Ndirande Research Clinic Laboratory, Blantyre Malaria Project, Blantyre, Malawi, East Africa

2011 – 2013   Member, Data Safety and Monitoring Board, Radboud University Nijmegen Medical Centre, Nijmegen, The Netherlands, for the clinical trial "Immunization with *Plasmodium falciparum* sporozoites under chloroquine versus mefloquine prophylaxis (ZonMw2)"

2011 – 2012   Member, Data Safety and Monitoring Board, DMID protocol number 06-0058, for the clinical trial "Experimental Infection with *Haemophilus ducreyi*"

2011 – 2012   Member, Data Safety and Monitoring Board, DMID protocol number 06-0027, for the clinical trial "Evaluation of isogenic mutants in experimental human infection with *Haemophilus ducreyi*"

2012 – 2014   Member, Data Safety and Monitoring Board, Radboud University Nijmegen Medical Centre, Nijmegen, The Netherlands, for the clinical trial "Re-exposure of previously immunized and challenged human volunteers to a heterologous strain of *P. falciparum* sporozoites (TIP4)"

2012 – present   Member, Safety Oversight Committee, DMID protocol number 06-0058, for the clinical trial "Experimental Infection with *Haemophilus ducreyi*"

2012 – present   Member, Safety Oversight Committee, DMID protocol number 06-0027, for the clinical trial "Evaluation of isogenic mutants in experimental human infection with *Haemophilus ducreyi*"

2013   Scientist Reviewer, Peer Reviewed Medical Research Program, Clinical Trial Award
Department of Defense Congressionally Directed Medical Research Program

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures
001287

| 2014 | Reviewer, Special Emphasis Panel ZGH1 HMS 03<br>Conducting Public Health Research in China, and<br>Conducting Public Health Research in Thailand by the Ministry of Public Health (MOPH)<br>Center for Global Health, Centers for Disease Control and Prevention |
|---|---|
| 2014 | Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Discovery Award<br>Department of Defense Congressionally Directed Medical Research Program |
| 2014 – 2015 | Member, Data Safety and Monitoring Board, Sabin Vaccine Institute, Washington, D.C., for the clinical trial "Phase 1 Study of the Safety and Immunogenicity of *Na*-GST-1/Alhydrogel®, with or without a CpG ODN adjuvant, in Healthy Adults" |
| 2014 – present | Judge, Young Investigator Award Competition, Annual Meeting of the American Society of Tropical Medicine and Hygiene |
| 2015 | Scientific Merit Reviewer, Special Emphasis Panel ZGH1 HMS 01<br>Conducting Public Health Research in Kenya<br>Center for Global Health, Centers for Disease Control and Prevention |
| 2015 | Scientist Reviewer, Medical Research Council, UK, Biomedical Catalyst DPFS/DCS |
| 2015 | Scientific Merit Reviewer, Special Emphasis Panel, 2016/01 Council ZGH1 HMS 01<br>Conducting Public Health Research in Georgia<br>Center for Global Health, Centers for Disease Control and Prevention |
| 2015 – present | Expert consultant to law firm on malpractice cases regarding infectious diseases |
| 2016 | Reviewer, Special Emphasis Panel/Scientific Review Group 2016/05 ZAI1 RRS-M (M1)<br>National Institute of Allergy and Infectious Diseases Special Emphasis Panel |
| 2016 – 2017 | Associate Editor, Clinical and Vaccine Immunology, American Society of Microbiology |
| 2016 | Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Review Panel<br>Department of Defense Congressionally Directed Medical Research Program |
| 2016 | External Reviewer, New surveillance tool for malaria elimination in Bangladesh, China and Myanmar<br>International Centre for Diarrhoeal Disease Research, Bangladesh |
| 2016 | Workshop Panelist, Clinical Trial Design Considerations for Malaria Drug Development, U.S. Food and Drug Administration, Silver Spring, Maryland, June 30, 2016 |
| 2016 | Scientific Merit Reviewer, Assistant Secretary of Defense for Health Affairs/Defense Health Agency/Uniformed Services University of the Health Sciences/Center for Global Health Engagement Research Program (GHESPR16) |
| 2016 | Scientific Organizing Committee Member, Second International Alliance for Biological Standardization (IABS) Human Challenge Trial Workshop |
| 2016 | Participant, 3rd Global Task Force for Cholera Control (GTFCC) Oral Cholera Vaccine (OCV) Working Group Meeting, December 14, 2016, Geneva, Switzerland |
| 2016 – present | Member, Global Burden of Disease collaborator network, Institute for Health Metrics and Evaluation |
| 2017 | Scientist Reviewer, FY 18 Military Infectious Diseases Research Program (MIDRP), Panel F- Malaria Vaccine Research |
| 2017 – present | Independent Medical Reviewer, State and Federally Mandated External Medical Reviews |
| 2017 | Expert consultant to GE Oil & Gas for malaria diagnostics, treatment and prophylaxis |

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

| 2017 | Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Review Panel<br>Department of Defense Congressionally Directed Medical Research Program |
|---|---|
| 2017 | Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Discovery Award Review Panel<br>Department of Defense Congressionally Directed Medical Research Program |
| 2017 | Temporary Member, Vaccines Against Microbial Diseases Study Section, Immunology Integrated Review Group,<br>2018/01 VMD, Center for Scientific Review, National Institutes of Health |
| 2017 – 2018 | Reviewer, Special Emphasis Panel/Scientific Review Group 2018/05 ZAI1 MFH-M (M1)<br>National Institute of Allergy and Infectious Diseases Special Emphasis Panel |
| 2017 – present | Member, Education Committee, Pediatric Infectious Diseases Society (PIDS) |
| 2018 | Reviewer, Special Emphasis Panel/Scientific Review Group 2018/05 ZRG1 IDM-X (02) M<br>National Institute of Allergy and Infectious Diseases Special Emphasis Panel |
| 2018 | Reviewer, National Fellowships Committee for Graduate Women in Science |
| 2018 | Reviewer, Special Emphasis Panel/Scientific Review Group 2018/05 ZAI1 MFH-M (S2)<br>National Institute of Allergy and Infectious Diseases Special Emphasis Panel |
| 2018 | Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Review Panel<br>Department of Defense Congressionally Directed Medical Research Program |
| 2018 | Scientist Reviewer, Peer Reviewed Medical Research Program, Malaria Discovery Award Review Panel<br>Department of Defense Congressionally Directed Medical Research Program |
| 2018 | Scientist Reviewer, Else Kröner-Fresenius Foundation, Bad Homburg, Germany |
| 2018 | Scientist Reviewer, Transforming Technology for the Warfighter Program 2018/08 ZRG1 ETTN-U (84), Uniformed<br>Services University of Health Sciences, Bethesda, Maryland |
| 2018 | Scientist Reviewer, Raine Priming Grant, Raine Medical Research Foundation, The University of Western Australia,<br>Nedlands, Western Australia |
| 2018 | Scientist Reviewer, Military Infectious Disease peer review panel, Joint Warfighter Medical Research Program,<br>Department of Defense Congressionally Directed Medical Research Program |
| 2018 | Scientist Reviewer, Vaccines Against Microbial Diseases Study Section, Immunology Integrated Review Group,<br>2019/01 VMD, Center for Scientific Review, National Institutes of Health |

## Teaching Service

Mercer University School of Medicine

| 1996 – 1997 | Instructor, Biostatistics, Epidemiology and Research Design courses (1st – 4th year medical students)<br>80 contact hours per year |
|---|---|

National Center for Health Statistics, Applied Statistics Training Institute

| 1997 | Lecturer, Small Area Analysis, (30 State and local health department personnel), Denver, Colorado, 20 contact<br>hours |
|---|---|

Tulane University School of Medicine, New Orleans, Louisiana

| 2004 – 2005 | Coordinator, Pediatrics Core Lecture Series Conference, (45 pediatric housestaff and 15 medical students), 5<br>hours/week |
|---|---|
| 2004 – 2005 | Lecturer and Facilitator, Pediatrics Morning Report Conference, (20 pediatric housestaff, medical students and<br>faculty), 5 hours/week |
| 2004 – 2005 | Lecturer, Pediatrics Board Review Conference, (30 pediatric housestaff and medical students), 10 contact hours |

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

| 2005 | Course Co-Director and Lecturer, Introduction to Pediatrics, (35 physical therapy students), 15 contact hours |

<u>University of Maryland, Baltimore</u>

| 2006 | Facilitator, New Capabilities, Emerging Issues and Responsible Conduct in Data Management |
|      | 4 contact hours |

<u>University of Maryland Medical Center</u>

| 2007 | Lecturer, Microbiology Laboratory Conference, Cystic Fibrosis and Common Pathogens |
|      | 1 contact hour |

<u>University of Maryland School of Medicine</u>

*Clinical*

| 2005 – 2008 | Clinical Infectious Diseases Fellow, University of Maryland Medical Center |
|             | Supervised 1-3 residents and/or medical students, weekly conferences |

| 2009 – present | Attending physician, Pediatric Infectious Diseases inpatient and outpatient consultations |
|                | University of Maryland Hospital for Children, 1 fellow and 1-3 residents or medical students 9 weeks per year |
|                | Evaluation summary: surpasses expectations routinely in providing appropriate team guidance and supervision, modeling life-long learning, creating an environment conducive to learning, communicating with patients and families, and in modeling professionalism and ethical behavior |

| 2010 – present | Attending physician, Travel Clinic, University of Maryland Travel Clinic |
|                | 1 fellow or resident |
|                | 8 sessions per year |

*Medical Student Teaching*

| 2007 – present | Facilitator, MSPR 520 Host Defense and Infectious Diseases, Small Group Sessions (20, 2nd year medical students), 7 contact hours per year |

| 2009 – 2013 | Instructor, MSPR 520 Host Defense and Infectious Diseases (40, 2nd year medical students) |
|             | Topic: Malaria microscopy, 3 contact hours |

| 2009 – present | Lecturer, MSPR 520 Host Defense and Infectious Diseases (150, 2nd year medical students) |
|                | Topic: Enteroviruses, 1 contact hour |
|                | Evaluation summary: Awarded Teaching Commendation in recognition of excellence in teaching by the Class of 2015, ranked above average by 79% of students |

| 2010 – present | Lecturer, MSPR 520 Host Defense and Infectious Diseases (150, 2nd year medical students) |
|                | Topic: Other Viral Causes of Diarrhea, 1 contact hour |

| 2010 – 2011 | Lecturer, Malaria lecture series (6, 1st year medical students in Doris Duke Summer Fellowship Program) |
|             | Topics: HIV-malaria interactions, malaria microscopy, 4 contact hours |

| 2015 – present | Instructor, MSPR 520 Host Defense and Infectious Diseases (150, 2nd year medical students) |
|                | Topic: Parasitology laboratory practicum, 4 contact hours |

| 2016 – present | Lecturer, MSPR 520 Host Defense and Infectious Diseases (150, 2nd year medical students) |
|                | Topic: Malaria, 1 contact hour |

*Graduate Student Teaching*

| 2013 | Facilitator, Introduction to Vaccinology Course, GPILS PREV 627, 30 students |
|      | Topic: The Anti-Vaccine Movement, 1 contact hour |

| 2015 – present | Facilitator, Research Ethics CIPP907, University of Maryland Baltimore Center for Interprofessional Education, Small Group Sessions (12, interprofessional students), 2-4 contact hours per year |

| 2015 – present | Lecturer, Introduction to Vaccinology Course, GPILS PREV 627, 30 students |
|                | Topic: Clinical Evaluation Phases 1, 2, 3, 4; 1 contact hour |

*Resident Teaching*

CV for Matthew Brent Laurens, MD, MPH

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

| 2006 | Lecturer, Mini-core lecture series (45, pediatric house staff) |
|---|---|
| | Topic: Hepatitis, 1 contact hour |

2010 – present Lecturer, Mini-core lecture series (45, pediatric house staff)
Topics: Tetanus, Rabies and Botulism and Infectious Disease Cases, 2 contact hours

2011 – present Lecturer, Mini-core lecture series (45, pediatric house staff)
Topic: Infectious Disease Teasers, 2 contact hours

2012 Lecturer, Pediatric Case Report lecture series (45, pediatric house staff)
Topic: Kawasaki Disease, 1 contact hour

2012 – present Lecturer, Pediatric Board Review Course lecture series (45, pediatric house staff)
Topic: Infectious Diseases for the Pediatric Boards, 2 contact hours

2014 Lecturer, Pediatric Case Report lecture series (45, pediatric house staff)
Topic: Aspergillus infections, 1 contact hour

2016 Lecturer, Pediatric Case Report lecture series (45, pediatric house staff)
Topic: Zika virus infection, 1 contact hour

2016 – present Lecturer, Mini-core lecture series (45, pediatric house staff)
Topics: Pediatric Vaccinations I and II, 2 contact hours

*Fellow Teaching*
2016 – present Lecturer, Didactic lecture series (10, adult infectious diseases fellows)
Topic: Enteroviruses, 1 contact hour

*Significant Mentoring Activities*
2006 – present Drissa Coulibaly, MD, MSc, PhD. Research Mentor. Current Position: Research Physician
Malaria Research and Training Center, University of Science, Techniques and Technology, Bamako, Mali

2009 – present Mark Travassos, MD, MSc, Pediatric Infectious Diseases Fellow (2007-2010). Current position: Assistant Professor (2015) University of Maryland. Previous position: Pediatric Infectious Diseases Fellow, University of Maryland School of Medicine (2007-2010).

2011 – 2012 Rakshit Shetty, MBBS, MS. Research mentor. Previous position: Research Associate, Center for Vaccine Development, University of Maryland School of Medicine (2011-2012). Current Position: Critical Care Medicine Attending, Mercy Hospital St. Louis, Saint Louis, Missouri.

2011 – present Randy G. Mungwira, MBBS, MPH. Research mentor. Previous position: Research Physician (2011-2017) Ndirande Research Clinic, Blantyre Malaria Project, Blantyre, Malawi. Current position: Student, Master in Vaccinology and Pharmaceutical Clinical Development, University of Siena, Italy.

2011 – present Titus H. Divala, MBBS, MPH, MSc. Research co-mentor. Previous position: Research Physician (2012-2017) Ndirande Research Clinic, Blantyre Malaria Project, Blantyre, Malawi. Current position: PhD Candidate. London School of Hygiene and Tropical Medicine.

2012 Mary A. Boyd, MD. Scientific writing mentor. Current position: Medical Officer, U.S. Food and Drug Administration (2013-present). Previous position: Pediatric Infectious Diseases Fellow, University of Maryland School of Medicine (2010-2013).

2012 Debbie A. Shirley, MD, MPH. Scientific writing mentor. Current position: Assistant Professor, Department of Pediatrics, University of Virginia School of Medicine (2013-present). Previous position: Pediatric Infectious Diseases Fellow, University of Maryland School of Medicine (2009-2013).

2013 – 2016 Aubrey Kudzala, MMEDsc student. Thesis research project mentor, A study of neutropenia and the associated factors amongst HIV positive patients receiving anti-retroviral therapy and care at Ndirande Health Centre, Blantyre, Malawi. Current position: Beit Postgraduate Scholar, University of Stellenbosch, South Africa.

2015 – 2017     Sindhura Thatipelli, MD. Pediatrics specialty mentor. Current position: Pediatric Gastroenterology Fellow, University of California San Diego. Previous position: Pediatric Resident, University of Maryland School of Medicine (2014-2017).

2016 – present  DeAnna Friedman-Klabanoff, MD. Research Mentor. Current Position: NIH Ruth L. Kirschstein National Research Service Award recipient as a T32 Fellow in Vaccinology, and, Fellow, Pediatric Infectious Diseases and Tropical Pediatrics, University of Maryland School of Medicine, Baltimore, Maryland.

2017            Laura Morrison, Pediatric Infectious Diseases research mentor for "Effect of maternal immunization on infant protection for pertussis and influenza." Current position: First year pediatrics resident at Jackson Memorial Hospital, University of Miami Miller School of Medicine.

<u>Children's National Medical Center, Washington, DC</u>
2011            Lecturer, Introduction to Global Child Health Elective (20, pediatric faculty, house staff and nursing students), Topic: Malaria in children, 2 contact hours

2012            Lecturer, Introduction to Global Child Health Elective (20, pediatric house staff and nursing students), Topic: Malaria in children, 4 contact hours

2013            Lecturer, Introduction to Global Child Health Elective (20, pediatric house staff and nursing students), Topic: Malaria in children, 2 contact hours

2014            Lecturer, Introduction to Global Child Health Elective (20, pediatric house staff and nursing students), Topic: Malaria in children, 2 contact hours

2015            Lecturer, Introduction to Global Child Health Elective (20, pediatric house staff and nursing students), Topic: Malaria in children, 4 contact hours

2016            Lecturer, Introduction to Global Child Health Elective (20, pediatric house staff and nursing students), Topic: Malaria in children, 2 contact hours

2017            Lecturer, Introduction to Global Child Health Elective (20, pediatric house staff and nursing students), Topic: Malaria in children, 4 contact hours

<u>Friends School of Baltimore</u>
2015 – present  Served as Infectious Diseases Expert for Infectious Diseases Grand Rounds presented individually by each sixth grade student, 5 contact hours

**Publications** (* primary author; # senior author)
*Peer-reviewed journal articles*
1.  Hash RB, Stephens JL, <u>Laurens MB</u>, Vogel RL. The Relationship between Volume Status, Hydration, and Radiographic Findings in the Diagnosis of Community-Acquired Pneumonia. Journal of Family Practice. 2000 Sep;49(9):833-7.

2.  Dever GE, Eveland AP, Tedders SH, Fehlenberg RD, <u>Laurens MB</u>, Harrelson JC. Impact of a Population-Based Medical Curriculum on Specialty Choice. Journal of Health Care for the Poor & Underserved. 2001 Aug;12(3):261-271, 2001.

3.  Moon TD, <u>Laurens MB</u>, Weimer SM, Levy JA. Nonemergent Emergency Room Utilization for an Inner-City Pediatric Population. Pediatric Emergency Care. 2005 June;21(6):363-366.

4.  <u>Laurens MB</u>, Becker RM, Johnson JK, Wolf JS, Kotloff KL. MRSA with progression from otitis media and sphenoid sinusitis to clival osteomyelitis, pachymeningitis and abducens nerve palsy in an immunocompetent 10 year-old patient. International Journal of Pediatric Otorhinolaryngology. 2008 Jul;72(7): 945-51.

5.  Hoffman SL, Billingsley PF, James E, Richman A, Loyevsky M, Li T, Chakravarty S, Gunasekera A, Li M, Stafford R, Ahumada A, Epstein JE, Sedegah M, Reyes S, Richie TL, Lyke KE, Edelman R, <u>Laurens MB</u>, Plowe CV, Sim BKL. Development of a metabolically active, non-replicating sporozoite vaccine to prevent Plasmodium falciparum malaria. Human Vaccines. 2010 Jan 21;6: 97-106.

6.  Thera MA, Doumbo OK, Coulibaly D, <u>Laurens MB</u>, Kone AK, Guindo AB, Traore K, Sissoko M, Diallo DA, Diarra I, Kouriba B, Daou M, Dolo A, Baby M, Sissoko MS, Sagara I, Niangaly A, Traore I, Olotu A, Godeaux O, Leach A, Dubois M, Ballou WR, Cohen J, Thompson D, Dube T, Soisson L, Diggs CL, Takala SL, Lyke KE, House B, Lanar DE, Dutta S, Heppner DG, Plowe CV. Safety and Immunogenicity of an AMA1 Malaria Vaccine in Malian Children: Results of a Phase 1 Randomized Controlled Trial. PLoS One. 2010 Feb 04;5(2):e9041.

7. Lyke KE, <u>Laurens MB</u>, Adams M, Billingsley PF, Richman A, Loyevsky M, Chakravarty S, Plowe CV, Sim KL, Edelman R, Hoffman SL. *Plasmodium falciparum* Malaria Challenge by the Bite of Aseptic *Anopheles stephensi* Mosquitoes: Results of a Randomized Infectivity Trial. PLoS One. 2010 Oct 21;5(10):e13490.

8. Thera MA, Doumbo OK, Coulibaly D, <u>Laurens MB</u>, Ouattara A, Kone AK, Guindo AB, Traore K, Traore I, Kouriba B, Diallo DA, Diarra I, Daou M, Dolo A, Tolo Y, Sissoko MS, Niangaly A, Sissoko M, Takala-Harrison S, Lyke KE, Wu Y, Blackwelder WC, Godeaux O, Vekemans J, Dubois MC, Ballou WR, Cohen J, Thompson D, Dube T, Soisson L, Diggs CL, House B, Lanar DE, Dutta S, Heppner DG Jr, Plowe CV. A field trial to assess a blood stage malaria vaccine. New England Journal of Medicine. 2011 Sep 14;365(11):1004-13.

9. Epstein JE, Tewari K, Lyke KE, Sim BK, Billingsley PF, <u>Laurens MB</u>, Gunasekera A, Chakravarty S, James ER, Sedegah M, Richman A, Velmurugan S, Reyes S, Li M, Tucker K, Ahumada A, Ruben AJ, Li T, Stafford R, Eappen AG, Tamminga C, Bennett JW, Ockenhouse CF, Murphy JR, Komisar J, Thomas N, Loyevsky M, Birkett A, Plowe CV, Loucq C, Edelman R, Richie TL, Seder RA, Hoffman SL. Live Attenuated Malaria Vaccine Designed to Protect through Hepatic CD8+ T Cell Immunity. Science. 2011 Oct 28;334(6055): 475-480.

10. Shaukat AM, Gilliams EA, Kenefic LJ, <u>Laurens MB</u>, Dzinjalamala FK, Nyirenda OM, Thesing PC, Jacob CG, Molyneux ME, Taylor TE, Plowe CV, Laufer MK. Clinical manifestations of new *versus* recrudescent malaria infections following anti-malarial drug treatment. Malaria Journal. 2012 Jun 18;11(1): 207.

11. <u>Laurens MB</u>*, Duncan CJ, Epstein JE, Hill AV, Komisar JL, Lyke KE, Ockenhouse CF, Richie TL, Roestenberg M, Sauerwein RW, Spring MD, Talley AK, Moorthy VS; The Consensus Group on Design of Clinical Trials of Controlled Human Malaria Infection. A consultation on the optimization of controlled human malaria infection by mosquito bite for the evaluation of candidate malaria vaccines. Vaccine. 2012 Aug 3;30(36):5302-5304.

12. Laufer MK, Thesing PC, Dzinjalamala FK, Nyirenda OM, Masonga R, <u>Laurens MB</u>, Stokes-Riner A, Taylor TE, and Plowe CV. A longitudinal trial comparing chloroquine as monotherapy or in combination with artesunate, azithromycin, or atovaquone-proguanil to treat malaria. PLoS One. 2012 Aug 17;7(8):e42284.

13. Boyd MA, <u>Laurens MB</u>, Fiorella PD, Mendley SR. Peritonitis and technique failure caused by *Roseomonas mucosa* in an adolescent with HIV on continuous cycling peritoneal dialysis. Journal of Clinical Microbiology. 2012 Nov;50(11):3801-4.

14. Ouattara A, Takala-Harrison S, Thera MA, Coulibaly D, Niangaly A, Saye R, Tolo Y, Dutta S, Heppner DG, Soisson L, Diggs CL, Vekemans J, Cohen J, Blackwelder WC, Dube T, <u>Laurens MB</u>, Doumbo OK, and Plowe CV. Molecular Basis of Allele-Specific Efficacy of a Blood-Stage Malaria Vaccine: Vaccine Development Implications. The Journal of Infectious Diseases. 2013 Feb 1;207(3):511-9.

15. Coulibaly D, Rebaudet S, Travassos M, Tolo Y, <u>Laurens M</u>, Kone AK, Traore K, Guindo A, Diarra I, Niangaly A, Daou M, Dembele A, Sissoko M, Kouriba B, Dessay N, Gaudart J, Piarroux R, Thera MA, Plowe CV, Doumbo OK. Spatio-temporal analysis of malaria within a transmission season in Bandiagara, Mali. Malaria Journal. 2013 Mar 1;12(1):82.

16. <u>Laurens MB</u>*, Billingsley P, Richman A, Eappen AG, Adams M, Li T, Chakravarty S, Gunasekera A, Jacob CG, Sim BKL, Edelman R, Plowe CV, Hoffman SL, Lyke KE. Successful Human Infection with *P. falciparum* using Three Aseptic *Anopheles stephensi* Mosquitoes: A New Model for Controlled Human Malaria Infection. PLoS One. 2013 Jul 16;8(7):e68969.

17. <u>Laurens MB</u>*. Common indications for pediatric antibiotic prophylaxis. Emergency Medicine Clinics of North America. 2013 Aug;31(3):875-94.

18. Travassos MA, Niangaly A, Bailey JA, Ouattara A, Coulibaly D, <u>Laurens MB</u>, Pablo J, Jasinskas A, Nakajima-Sasaki R, Berry AA, Takala-Harrison S, Kouriba B, Rowe JA, Lyke KE, Doumbo OK, Thera MA, Felgner PL, & Plowe CV. Seroreactivity to the PfEMP1 intracellular domain in malaria-exposed children and adults. The Journal of Infectious Diseases. 2013 Nov;208(9):1514-1519.

19. Seder RA, Chang L, Enama ME, Zephir KL, Sarwar UN, Gordon IL, Holman LA, James ER, Billingsley PF, Gunasekera A, Richman A, Chakravarty S, Manoj A, Velmurugan S, Li M, Ruben AJ, Li T, Eappen AG, Stafford RE, Plummer SH, Hendel CS, Novik L, Costner PJM, Mendoza FH, Saunders JG, Nason MC, Richardson JH, Murphy J, Davidson SA, Richie TL, Sedegah M, Sutamihardja MA, Fahle GA, Lyke KE, <u>Laurens MB</u>, Roederer M, Tewari K, Epstein JE, Sim BKL, Ledgerwood JE, Graham BS, Hoffman SL. Protection against malaria by intravenous immunization with a non-replicating sporozoite vaccine. Science. 2013 Sep 20;341(6152):1359-65.

20. <u>Laurens MB</u>*, Thera MA, Coulibaly D, Ouattara A, Kone AK, Guindo AB, Traore K, Traore I, Kouriba B, Diallo DA, Diarra I, Daou M, Dolo A, Tolo Y, Sissoko MS, Niangaly A, Sissoko M, Takala-Harrison S, Lyke KE, Wu Y, Blackwelder WC, Godeaux O, Vekemans J, Dubois MC, Ballou WR, Cohen J, Dube T, Soisson L, Diggs CL, House B, Bennett JW, Lanar DE, Dutta S, Heppner DG Jr, Plowe CV, Doumbo OK. Extended safety, immunogenicity and efficacy of a blood-stage malaria vaccine in Malian children: 24-month follow-up of a randomized, double-blinded phase 2 trial. PLoS One. 2013 Nov 18;8(11):e79323.

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

21. Murphy SC, Hermsen CC, Douglas AD, Edwards NJ, Petersen I, Fahle GA, Adams M, Berry AA, Billman ZP, Gilbert SC, Laurens MB, Leroy O, Lyke KE, Plowe CV, Seilie AM, Strauss KA, Teelen K, Hill AV, Sauerwein RW. External quality assurance of malaria nucleic Acid testing for clinical trials and eradication surveillance. PLoS One. 2014 May 16;9(5):e97398.

22. Coulibaly D, Travassos MA, Kone AK, Tolo Y, Laurens MB, Traore K, Diarra I, Niangaly A, Daou M, Dembele A, Sissoko M, Guindo B, Douyon R, Guindo A, Kouriba B, Sissoko MS, Sagara I, Plowe CV, Doumbo OK, Thera MA. Stable malaria incidence despite scaling up control strategies in a malaria vaccine testing site in Mali. Malaria Journal. 2014 Sep 19;13:374.

23. Bailey JA, Pablo J, Niangaly A, Travassos MA, Ouattara A, Coulibaly D, Laurens MB, Takala-Harrison S, Lyke KE, Skinner J, Berry AA, Jasinskas A, Nakajima R, Kouriba B, Thera MA, Felgner PA, Doumbo OK, Plowe CV. Seroreactivity to a large panel of field-derived *Plasmodium falciparum* AMA1 and MSP1 antigen variants reflects seasonal and lifetime acquired antibody responses to malaria. American Journal of Tropical Medicine and Hygiene. 2015 Jan;92(1):9-12.

24. Ouattara A, Laurens MB#. Vaccines against Malaria. Clinical Infectious Diseases. 2015 Mar 15;60(6):930-6.

25. Travassos MA, Coulibaly D, Bailey JA, Niangaly A, Adams M, Nyunt MM, Ouattara A, Lyke K, Laurens MB, Pablo J, Jasinskas A, Nakajima-Sasaki R, Berry AA, Takala-Harrison S, Kone AK, Kouriba B, Rowe A, Doumbo OK, Thera MA, Laufer MK, Felgner PL, Plowe CV. Differential recognition of terminal extracellular *Plasmodium falciparum* VAR2CSA domains by sera from multigravida, malaria-exposed Malian women. American Journal of Tropical Medicine and Hygiene. 2015 Jun;92(6):1190-4.

26. Travassos MA, Coulibaly D, Laurens MB, Dembélé A, Tolo Y, Koné AK, Traoré K, Niangaly A, Guindo A, Wu Y, Berry AA, Jacobs CG, Harrison ST, Adams M, Shrestha B, Wu AZ, Kouriba B, Lyke KE, Diallo DA, Doumbo OK, Plowe CV, Thera MA. Hemoglobin C trait provides protection from clinical falciparum malaria in Malian children. American Journal of Tropical Medicine and Hygiene. 2015 Jun 3;92(6):1190-4.

27. Ockenhouse CF, Regules J, Tosh D, Cowden J, Kathcart A, Cummings J, Paolino K, Moon J, Komisar J, Kamau E, Oliver T, Chhoeu A, Murphy J, Lyke K, Laurens M, Birkett A, Lee C, Weltzin R, Wille-Reece U, Sedegah M, Hendriks J, Versteege I, Pau MG, Sadoff J, Vanloubbeeck Y, Lievens M, Heerwegh D, Moris P, Guerra Mendoza Y, Jongert E, Cohen J, Voss G, Ballou WR, Vekemans J. Ad35.CS.01 - RTS,S/AS01 Heterologous Prime Boost Vaccine Efficacy Against Sporozoite Challenge in Healthy Malaria-naïve Adults. PLoS One. 2015 Jul 6;10(7):e0131571.

28. Lyke KE, Laurens MB, Strauss K, Adams M, Billingsley PF, James E, Manoj A, Chakravarty S, Plowe CV, Li ML, Ruben A, Edelman R, Green M, Sim BKL, Hoffman SL. Optimizing Intradermal Administration of Cryopreserved *Plasmodium falciparum* Sporozoites in Controlled Human Malaria Infection. American Journal of Tropical Medicine and Hygiene. 2015 Dec 9;93(6):1274-84.

29. Laurens MB*. The Immunologic complexity of growing up with malaria—is scientific understanding coming of age? Clinical and Vaccine Immunology. 2016 Feb;23(2):80-83.

30. Graves SF, Kouriba B, Diarra I, Daou M, Niangaly A, Coulibaly D, Keita Y, Laurens MB, Berry AA, Vekemans J, Ballou WR, Lanar DE, Dutta S, Heppner DG, Soisson L, Diggs CL, Thera MA, Doumbo OK, Plowe CV, Sztein MB, Lyke KE. Strain-specific *Plasmodium falciparum* multifunctional CD4+ T cell cytokine expression in Malian children immunized with the FMP2.1/AS02A vaccine candidate. Vaccine. 2016 May 17;34(23):2546-55.

31. Ishizuka AS, Lyke KE, DeZure A, Berry A, Richie TL, Mendoza FH, Enama ME, Gordon IJ, Chang L, Sarwar UN, Zephir KL, Holman LA, James ER, Billingsley PF, Gunasekera A, Charavarty S, Manoj A, Li M, Ruben AJ, Li T, Eappen AG, Stafford RE, KC N, Murshedkar T, DeCederfelt H, Plummer SH, Hendel CS, Novik L, Costner PJM, Saunders JG, Laurens MB, Plowe CV, Flynn B, Whalen WR, Todd JP, Noor J, Rao S, Sierra-Davidson S, Lynn GM, Epstein JE, Kemp M, Gahle GA, Mikolaczak SA, Fishbaugher M, Sack BK, Kappe SHI, Davidson SA, Garver LS, Björkström NK, Nason MC, Graham BS, Roederer M, Sim BKL, Hoffman SL, Ledgerwood JE, Seder RA. Protection against malaria at 1 year and immune correlates following PfSPZ vaccination. Nature Medicine. Published 2016 Jun 7;22(6):614-23.

32. Laurens MB*, Mungwira RG, Nyirenda OM, Divala TH, Kanjala M, Muwalo F, Mkandawire FA, Tsirizani L, Nyangulu W, Mwinjiwa E, Taylor TE, Mallewa J, Blackwelder WC, Plowe CV, Laufer MK, van Oosterhout JJ. TSCQ Study: A randomized, open-label controlled trial of daily trimethoprim-sulfamethoxazole or weekly chloroquine among adults on antiretroviral therapy in Malawi: study protocol for a randomized controlled trial. Trials. 2016 Jul 18;17:322.

33. Lyke KE, Ishizuka AS, Berry AA, Chakravarty S, DeZure A, Enama ME, James ER, Billingsley PF, Gunasekera A, Manoj A, Li M, Ruben AJ, Li T, Eappen AG, Stafford RE, C NK, Murshedkar T, Mendoza FH, Gordon IJ, Zephir KL, Holman LA, Plummer SH, Hendel CS, Novik L, Costner PJM, Saunders JG, Berkowitz NM, Flynn B, Nason MC, Garver LS, Laurens MB, Plowe CV, Richie TL, Graham BS, Roederer M, Sim BKL, Ledgerwood JE, Hoffman SL, Seder RA. Attenuated PFSPZ Vaccine induces strain-transcending T cells and durable protection against heterologous controlled human malaria infection. Proceedings of the National Academy of Sciences of the United States of America. 2017 Mar 7;114(10):2711-2716.

34. Laurens MB*, Coulibaly D, Bergmann-Leitner ES, Angov E, Kone AK, Guindo A, Diallo DA, Traore K, Traore I, Sissoko

MS, Kouriba B, Lyke KE, Blackwelder WC, Wu Y, Vekemans J, Cohen J, Ballou WR, Lanar DE, Dutta S, Diggs CL, Soisson L, Heppner DG, Plowe CV, Doumbo OK, Thera MA. Strain-specific Plasmodium falciparum growth inhibition among Malian children immunized with a blood-stage malaria vaccine. PLoS One. 2017 Mar 10;12(3):e0173294.

35. Dara A, Drábek EF, Travassos MA, Moser KA, Delcher AL, Su Q, Hostelley T, Coulibaly D, Daou M, Dembele A, Diarra I, Kone AK, Kouriba B, Laurens MB, Niangaly A, Traore K, Tolo Y, Fraser CM, Thera MA, Djimde AA, Doumbo OK, Plowe CV, Silva JC. New var reconstruction algorithm exposes high var sequence diversity in a single geographic location in Mali. Genome Medicine. 2017 Mar 28;9(1):30.

36. Nyangulu W, Mwinjiwa E, Divala T, Mungwira R, Nyirenda O, Kanjala M, Mbambo G, Mallewa J, Taylor TE, Laurens MB, Laufer MK, van Oosterhout JJ. Frequent malaria illness episodes in two Malawian patients on antiretroviral therapy soon after stopping cotrimoxazole preventive therapy. Malawi Medical Journal. 2017 Mar;29(1):57-60.

37. Niangaly A, Gunalan K, Ouattara A, Coulibaly D, Sá JM, Adams M, Travassos MA, Ferrero J, Laurens MB, Kone AK, Thera MA, Plowe CV, Miller LH, Doumbo OK. *Plasmodium vivax* infections over 3 years in Duffy blood group negative Malians in Bandiagara, Mali. American Journal of Tropical Medicine and Hygiene. 2017 Sep;97(3):744-752.

38. Coulibaly D, Travassos MA, Tolo Y, Laurens MB, Kone AK, Traore K, Sissoko M, Niangaly A, Diarra I, Daou M, Guindo B, Rebaudet S, Kouriba B, Piarroux R, Plowe CV, Doumbo OK, Thera MA, Gaudart J. Spatio-temporal dynamics of asymptomatic malaria: bridging the gap between annual malaria resurgences in a Sahelian environment. American Journal of Tropical Medicine and Hygiene. 2017 Dec;97(6):1761-1769.

39. Mungwira RG, Divala TH, Nyirenda OM, Kanjala M, Muwalo F, Mkandawire FA, Choko A, Taylor TE, Mallewa J, Oosterhout JV, Laufer MK, Laurens MB#. A targeted approach for routine viral load monitoring in Malawian adults on antiretroviral therapy. Tropical Medicine and International Health. 2018 May;23(5):526-532.

40. Travassos MA, Berry AA, Coulibaly D, Pike A, Bailey JA, Stucke EM, Dara A, Agrawal S, Ouattara A, Tolo Y, Lyke KE, Laurens MB, Adams M, Takala-Harrison S, Niangaly A, Kouriba B, Kone AK, Rowe A, Doumbo OK, Thera MA, Nyunt MM, Felgner PL, Patel JJ, Tan JC, Plowe CV. Children with cerebral malaria or severe malarial anaemia lack immunity to distinct variant surface antigen subsets. Scientific Reports. 2018 Apr 19;8(1):6281.

41. Baay MFD, Richie TL, Neels P, Chilengi R, Diemert D, Hoffman SL, Johnson R, Kirkpatrick BD, Knezevic I, Laurens MB, McShane H, Njuguma P, Aguilar AO, Pollard AJ, Riddle M, Sauerwein R, Southern J, Tribble D, Wildfire A. Human challenge trials in vaccine development, Rockville, MD, USA, September 28-30, 2017. Biologicals. 2018 Mar 21. Epub ahead of print.

42. Laurens MB. The promise of a malaria vaccine—are we closer? Annual Review of Microbiology. 2018 September;72.

43. Friedman-Klabanoff DJ, Laurens MB, Berry AA, Travassos MA, Adams M, Strauss KA, Shrestha B, Levine MM, Edelman R, Lyke KE. The controlled human malaria infection experience at the University of Maryland. *Accepted, American Journal of Tropical Medicine & Hygiene, July 2018.*

*Submitted or In-Revision Peer-reviewed journal articles*

44. Laurens MB*, Sirima SB, Rotrosen E, Siribie M, Tiono A, Ouedraogo A, Liang Y, Kotloff KL, Neuzil KM. A phase 2 randomized, double-blind controlled safety and immunogenicity trial of typhoid conjugate vaccine in children under two years of age in Ouagadougou, Burkina Faso. *Submitted, Clinical Infectious Diseases.*

45. Laurens MB*, Meiring JE*, Patel P, Patel P, Misiri T, Simiyu K, Mwakiseghile F, Tracy K, Masesa C, Liang Y, Henrion M, Rotrosen E, Gmeiner M, Heyderman R, Kotloff KL, Gordon MA, Neuzil KM. TyVAC Malawi: a phase III randomized, double-blind, controlled trial of the clinical efficacy of typhoid conjugate vaccine among children age 9 months through 12 years in Blantyre, Malawi: study protocol for a randomized controlled trial. *Submitted, Clinical Infectious Diseases.*

46. Meiring JE, Sambakunsi R, Moyo E, Misiri T, Mwakiseghile F, Laurens MB, Gooding K, Gordon MA. Community engagement before initiation of typhoid conjugate vaccine trial in schools in two urban townships in Blantyre, Malawi – experience and lessons. *Submitted, Clinical Infectious Diseases.*

47. Berry AA, Gottlieb ER, Kouriba B, Thera MA, Dutta S, Heppner DG, Coulibaly D, Ouattara A, Niangaly A, Diarra I, Mishcherkin V, Soisson L, Diggs CL, Blackwelder WC, Laurens MB, Sztein MB, Doumbo OK, Plowe CV, Lyke KE. Immunoglobulin G subclass and antibody avidity responses in Malian children immunized with *Plasmodium falciparum* apical membrane antigen 1 vaccine candidate FMP2.1/AS02$_A$. *In revision, Malaria Journal.*

*Book Chapters*

1. Kabra S, Laurens MB: Opportunistic Infections, Rogers' Textbook of Pediatric Intensive Care, 4th Edition, Edited by David G. Nichols, Philadelphia, Lippincott Williams & Wilkins, 2008.

2. Laurens MB*, Badaro R, Mehta S, Benson CA, Laufer MK: International Parasitic Infections, AIDS Therapy, 3rd Edition, Edited by Raphael Dolin, Henry Masur, Michael Saag, Philadelphia, Churchill Livingstone, 2008.

3. <u>Laurens MB</u>*, Hutter J, Laufer MK: Fever in the Returned Traveler, Pediatric Practice: Infectious Disease, Edited by Samir S. Shah, New York, McGraw-Hill, 2009.

4. <u>Laurens MB</u>*, Nataro JP: Cholera, Textbook of Pediatric Infectious Diseases, 6th Edition, Edited by Ralph D. Feigin, James Cherry, Gail Demmler, Sheldon Kaplan, Philadelphia, Saunders, 2009.

5. <u>Laurens MB</u>*, Donnenberg MS: Gastrointestinal Pathogens and Pathogenesis, Rudolph's Pediatrics, 22nd Edition, Edited by Rudolph CD, Rudolph AM, Hostetter MK, Lister GE, Siegel NJ., New York, McGraw-Hill, 2011.

6. Shirley DA, <u>Laurens MB</u>#: Cholera, Textbook of Pediatric Infectious Diseases, 7th Edition, Edited by Ralph D. Feigin, James Cherry, Gail Demmler, Sheldon Kaplan, Philadelphia, Saunders, 2013.

7. Kabra S, <u>Laurens MB</u>: Opportunistic Infections, Rogers' Textbook of Pediatric Intensive Care, 5th Edition, Edited by David G. Nichols, Philadelphia, Lippincott Williams & Wilkins, 2015.

8. Mungwira RG, <u>Laurens MB</u>#: Cholera, Textbook of Pediatric Infectious Diseases, 8th Edition, Edited by Ralph D. Feigin, James Cherry, Gail Demmler, Sheldon Kaplan, Philadelphia, Saunders, 2018.

9. <u>Laurens MB</u>*: Infectious Diseases, Pediatric Board Study Guide, 2nd Edition, Edited by Osama Naga, Springer International Publishing, Switzerland, planned for 2019.

*Abstracts and/or Proceedings*
1. <u>Laurens MB</u>*, Stephens JL, Vogel RL, Hash RB. Do Preadmission Volume Status and Hydration Affect Radiographic Findings in Community-Acquired Pneumonia? 39th Interscience Conference on Antimicrobial Agents and Chemotherapy, 1999.

2. <u>Laurens MB</u>*, Moon TD, Levy JA, Weimer SM. Too Many Services? Utilization of Healthcare Services for Patients Attending an Urban Pediatric Emergency Room. Pediatric Academic Society Annual Symposium, 2004.

3. <u>Laurens MB</u>*, Plowe CV, Laufer MK. Factors associated with recrudescence and new infection in a pediatric antimalarial drug efficacy trial in Malawi. St. Jude/Pediatric Infectious Diseases Society Research Conference, 2007.

4. <u>Laurens MB</u>*, Gaither AD, Dzinjalamala FK, Thesing PC, Taylor TE, Plowe CV, Laufer MK. Stable relationship between molecular markers for sulfadoxine-pyrimethamine resistance and clinical outcomes. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 56th Annual Meeting, 2007. Abstract 239.

5. Laufer MK, <u>Laurens MB</u>, Dzinjalamala FK, Nyirenda O, Thesing PC, Taylor TE, Plowe CV. Public health implications of recrudescent vs. new infections in drug efficacy trials. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 57th Annual Meeting, 2008. Abstract 728.

6. MA Thera, OK Doumbo, D Coulibaly, <u>Laurens MB</u>, Kone AK, Guindo AB, Diallo DA, Traore K, Diarra I, Niangaly A, Dolo A, Daou M, Sissoko M, Sissoko MS, Kouriba B, Traore D, Lyke KE, Takala SL, Godeaux O, Diggs C, Dutta S, Stewart VA, House B, Heppner DG, Plowe CV. Randomized, controlled, phase 2b clinical trial to evaluate the safety, immunogenicity and efficacy of WRAIR's AMA-1 malaria vaccine (FMP2.1) adjuvanted in GSK Biologicals' AS02 vs. rabies vaccine in 1-6 year old children in Bandiagara, Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 57th Annual Meeting, 2008. Abstract 25.

7. Thera MA, Doumbo OK, Coulibaly D, <u>Laurens MB</u>, Kone AK, Guindo AB, Diallo DA, Traore K, Diarra I, Niangaly A, Dolo A, Daou M, Sissoko M, Sagara I, Sissoko MS, Kouriba B, Lyke KE, Takala SL, Godeaux O, Soisson L, Lanar DE, Dutta S, House B, Heppner DG, Plowe CV. Randomized, controlled, dose escalation Phase 1 clinical trial to evaluate the safety and immunogenicity of WRAIR's AMA-1 malaria vaccine (FMP2.1) adjuvanted in GSK Biologicals' AS02 vs. rabies vaccine in 1-6 year old children in Bandiagara, Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 57th Annual Meeting, 2008. Abstract 79.

8. Lyke KE, <u>Laurens MB</u>, Adams M, Billingsley P, Richman A, Loyevsky M, Chakravarty S, Plowe CV, Sim KL, Edelman R, Hoffman S. A New Malaria Experimental Challenge System; Infection of Volunteers by the Bite of Aseptic *Anopheles Stephensi* Mosquitoes Infected with *Plasmodium falciparum* (NF54) sporozoites. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 58th Annual Meeting, 2009. Abstract 897.

9. <u>Laurens MB</u>*, Ogutu BR, Lemiale L, Kronmann KC, Rosendorf L, Plowe CV. Assessment of field sites for clinical trials of a new malaria vaccine in Africa. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 58th Annual Meeting, 2009. Abstract 1073.

10. Thera MA, Doumbo OK, Coulibaly D, <u>Laurens MB</u>, Kone AK, Guindo AB, Diallo DA, Traore K, Kouriba B, Diarra I, Dolo A, Niangaly A, Daou M, Sissoko M, Traore D, Lyke KE, Takala SL, Godeaux O, Thonnard J, Cohen J, Lanar D, Diggs C, Soisson L, Heppner DG, Plowe CV. Randomized, controlled, phase 2b clinical trial to evaluate the safety, immunogenicity

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

and efficacy of WRAIR's AMA-1 malaria vaccine (FMP2.1) adjuvanted in GSK Biologicals' AS02 vs. rabies vaccine in 1-6 year old children in Bandiagara, Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 58th Annual Meeting, 2009. Abstract 1074.

11. Lyke KE, Anderson C, <u>Laurens MB</u>, Li M, Adams M, Billingsley P, Richman A, Loyevsky M, Chakravarty S, Plowe CV, Edelman R, Sim KL, Hoffman S. Merozoite Surface Protein 1 IgG Antibody Response to Infection of Volunteers by the Bite of Aseptic *Anopheles stephensi* Mosquitoes Infected with *Plasmodium falciparum* Sporozoites. National Foundation for Infectious Diseases, Thirteenth Annual Conference on Vaccine Research, 2010. Abstract 125.

12. <u>Laurens MB</u>*, Thera MA, Doumbo OK, Coulibaly D, Kone AK, Guindo AB, Diallo DA, Traore K, Kouriba B, Diarra I, Dolo A, Niangaly A, Daou M, Sissoko M, Traore D, Ouattara A, Lyke KE, Takala-Harrison S, Blackwelder WC, Vekemans J, Thonnard J, Cohen J, Dutta S, Lanar DE, Diggs CL, Soisson L, Heppner DG, Plowe CV. Randomized, controlled, Phase 2b clinical trial to evaluate the safety, immunogenicity and efficacy of WRAIR's AMA1 malaria vaccine (FMP2.1) adjuvanted in GSK Biologicals' AS02A vs. rabies vaccine in 1-6 year old children in Bandiagara, Mali. National Foundation for Infectious Diseases, Thirteenth Annual Conference on Vaccine Research, 2010. Abstract 147.

13. Travassos MA, Niangaly A, Coulibaly D, Kone AK, Traoré K, Tolo Y, Diarra I, Kouriba B, Dembélé A, <u>Laurens MB</u>, Thera MA, Doumbo OK, Plowe CV. The role of variant antigen switching in the development of symptomatic malaria. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 59th Annual Meeting, 2010. Abstract 847.

14. <u>Laurens MB</u>*, Thera MA, Coulibaly D, Kone A, Guindo A, Diallo DA, Traore K, Traore I, Diarra I, Niangaly A, Dolo A, Daou M, Tolo Y, Sissoko MS, Kouriba B, Lyke KE, Takala-Harrison S, Blackwelder WC, Wu Y, Godeaux O, Vekemans J, Dubois M, Cohen J, Ballou WR, Thompson D, Dube T, Lanar D, Dutta S, House B, Diggs C, Soisson L, Heppner DG, Doumbo OK, Plowe CV. Efficacy of FMP2.1/AS02A against gametocytemia in 1-6 year old children in Bandiagara, Mali: implications for malaria elimination. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 59th Annual Meeting, 2010. Abstract 590.

15. Epstein JE, Lyke KE, <u>Laurens MB</u>, Reyes S, Tamminga C, Sedegah M, Thomas N, Murphy J, Billingsley PF, James E, Gunasekera A, Anderson C, Chakravarty S, Richman A, Li M, Ahumada A, Komisar J, Bennett J, Brandt W, Plowe CV, Ockenhouse CF, Sim BKL, Edelman R, Richie TL, Hoffman SL. The First Phase 1/2a Trial of the Metabolically-active, Whole Organism *Plasmodium falciparum* sporozoite (PfSPZ) Vaccine. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 59th Annual Meeting, 2010. Abstract 807.

16. Ouattara A, Takala-Harrison S, Coulibaly D, Thera MA, <u>Laurens MB</u>, Niangaly A, Saye A, Dutta S, Heppner DG, Soisson L, Diggs CL, Vekemans J, Cohen J, Leach A, Blackwelder WC, Doumbo OK, Plowe CV. Allele-specific efficacy of the monovalent apical membrane antigen 1 (AMA1) malaria vaccine FMP2.1/AS02A. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 59th Annual Meeting, 2010. Abstract 803.

17. Thera MA, Coulibaly D, <u>Laurens MB</u>, Kone AK, Guindo AB, Diallo D, Traore K, Dolo A, Tolo Y, Sissoko MS, Kouriba B, Lyke KE, Takala-Harrison S, Blackwelder WC, Vekemans J, Cohen J, Dube T, Lanar DE, Dutta S, House B, Diggs CL, Soisson L, Heppner DG, Doumbo OK, Plowe CV. Extended safety, immunogenicity and efficacy of WRAIR's AMA-1 malaria vaccine (FMP2.1) adjuvanted in GSK Biologicals' AS02A in 1-6 year old children in Bandiagara, Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 59th Annual Meeting, 2010. Abstract 161.

18. Ouattara A, <u>Laurens MB</u>, Bergmann-Leitner E, Angov E, Coulibaly D, Kone A, Traore K, Guindo A, Traore I, Sissoko M, Dutta S, Lanar D, Heppner DG, Diggs C, Soisson L, Vekemans J, Godeaux O, Ballou WR, Cohen J, Dube T, Wu Y, Blackwelder W, Lyke KE, Harrison ST, Doumbo OK, Thera MA, Plowe CV. Molecular and immune correlates of protection by a blood stage malaria vaccine. Division of Microbiology and Infectious Disease International Research in Infectious Diseases Annual Meeting, 2011.

19. Shaukat A, <u>Laurens MB</u>, Dzinjalamala F, Thesing PC, Nyirenda O, Taylor TE, Plowe CV, Laufer MK. Clinical manifestations of new vs. recrudescent malaria infections in an efficacy study. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 60th Annual Meeting, 2011. Abstract 900.

20. Coulibaly D, Travassos MA, <u>Laurens MB</u>, Tolo Y, Dembélé A, Koné AK, Samaké Y, Traoré K, Guindo AB, Diarra I, Niangaly A, Daou M, Harrison ST, Kouriba B, Doumbo OK, Thera MA, Plowe CV. Age-specific incidence of malaria before and after scaling up of malaria control strategies in Bandiagara, Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 60th Annual Meeting, 2011. Abstract 534.

21. <u>Laurens MB</u>*, Coulibaly D, Bergmann-Leitner ES, Angov E, Kone AK, Guindo A, Diallo DA, Traore K, Traore I, Sissoko MS, Kouriba B, Lyke KE, Blackwelder WC, Wu Y, Vekemans J, Cohen J, Ballou WR, Lanar DE, Dutta S, Diggs CL, Soisson L, Heppner DG, Plowe CV, Doumbo OK, Thera MA. Strain-specific Plasmodium falciparum growth inhibition among Malian children immunized with the FMP2.1/AS02A vaccine. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 60th Annual Meeting, 2011. Abstract 952.

22. <u>Laurens MB</u>*, Billingsley P, Richman A, Eappen AG, Adams M, Li T, Chakravarty S, Plowe CV, Sim BK, Edelman R,

Hoffman SL, Lyke KE. A new malaria experimental challenge system: infection of volunteers by the bites of aseptic Anopheles stephensi mosquitoes infected with Plasmodium falciparum (NF54) sporozoites. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 60th Annual Meeting, 2011. Abstract 1217.

23. Ockenhouse C, Regules J, Tosh D, Cowden J, Kathcart A, Cummings J, Paolino K, Moon J, Komisar J, Kamau E, Oliver T, Chhoeu A, Lyke K, Laurens M, Birkett A, Lee C, Weltzin R, Wille-Reece U, Hendriks J, Versteege I, Pau M, Sadoff J, Vanloubbeeck Y, Lievens M, Heerwegh D, Morelle D, Jongert E, Cohen J, Voss G, Ballou R, Vekemans J. Phase 1/2a Vaccine Trial with Sporozoite Challenge of Ad35.CS.01 - RTS,S/AS01_B Prime Boost Second Generation Malaria Vaccine Candidate Administered in Healthy Malaria-naïve Adults. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 61st Annual Meeting, 2012. Abstract LB-166.

24. Coulibaly D, Travassos MA, Rebaudet S, Laurens MB, Tolo Y, Kone AK, Traore K, Guindo AB, Diarra I, Niangaly A, Daou M, Dembélé A, Cissoko M, Kouriba B, Dessay N, Gaudart J, Thera MA, Piarroux R, Plowe CV, Doumbo OK. Spatial and temporal patterns of malaria incidence in Bandiagara, Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 61st Annual Meeting, 2012. Abstract LB-95.

25. Travassos MA, Coulibaly D, Laurens MB, Dembélé A, Tolo Y, Koné AK, Traoré K, Niangaly A, Guindo A, Berry AA, Harrison ST, Kouriba B, Lyke KE, Diallo DA, Doumbo OK, Plowe CV, Thera MA. Hemoglobin C trait provides protection from clinical falciparum malaria comparable to that provided by Hemoglobin S trait in Malian children. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 61st Annual Meeting, 2012. Abstract 1335.

26. Berry AA, Gottlieb ER, Kouriba B, Thera MA, Dutta S, Heppner DG, Coulibaly D, Ouattara A, Niangaly A, Soisson L, Diggs CL, Wu Y, Laurens MB, Sztein MB, Doumbo OK, Plowe CV, Lyke KE. Antibody subclass and avidity responses to AMA1 vaccine candidate FMP2.1/AS02_A. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 61st Annual Meeting, 2012. Abstract 7.

27. Laurens MB*, Duncan CJ, Epstein JE, Hill AV, Komisar JL, Lyke KE, Ockenhouse CF, Richie TL, Roestenberg M, Sauerwein RW, Spring MD, Talley AK, Moorthy VS. Consensus on standardization of controlled human malaria infection by mosquito bite for evaluation of candidate malaria vaccines. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 61st Annual Meeting, 2012. Abstract 5.

28. Travassos MA, Bailey JA, Coulibaly D, Niangaly A, Ouattara A, Pablo J, Laufer MK, Berry AA, Laurens MB, Takala-Harrison S, Lyke KE, Rowe JA, Kouriba B, Doumbo OK, Thera MA, Felgner PL, Plowe CV. Seasonal and age-related seroreactivity to Plasmodium falciparum erythrocyte membrane protein 1 and VAR2CSA in malaria-exposed Malian children and adults. 6th MIM Pan-African Malaria Conference, 2013.

29. Graves SF, Kouriba B, Diarra I, Niangaly A, Daou M, Coulibaly D, Keita Y, Laurens MB, Vekemans, J, Ballou WR, Lanar D, Dutta S, Heppner DG, Soisson L, Diggs CL, Thera MA, Doumbo OK, Plowe CV, Sztein MB, Lyke KE. Demonstration of enhanced strain-specific Plasmodium falciparum multifunctional T cell cytokine expression among Malian children immunized with the FMP2.1/AS02_A vaccine. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 62nd Annual Meeting, 2013. Abstract 1443.

30. Drabek EF, Delcher AL, Travassos MA, Su Q, Hostelley T, Dara A, Coulibaly D, Daou M, Dembele A, Diarra I, Kone AK, Kouriba B, Laurens MB, Niangaly A, Traore K, Tolo Y, Fraser CM, Thera MA, Djimde AA, Doumbo OK, Plowe CV, Silva JC. Novel algorithm to reconstruct complete var gene exons from clinical samples. Genomic Epidemiology of Malaria, 2014.

31. Travassos MA, Coulibaly D, Bailey JA, Niangaly A, Adams M, Nyunt MM, Ouattara A, Lyke K, Laurens MB, Pablo J, Jasinskskas A, Nakajima-Sasaki R, Berry AA, Takala-Harrison S, Kone AK, Kouriba B, Rowe A, Doumbo OK, Thera MA, Laufer MK, Felgner PL, Plowe CV. Differential recognition of VAR2CSA fragments in sera from multigravid women when compared to sera from nulliparous women, men and children in a malaria-endemic region in Mali. Genomic Epidemiology of Malaria, 2014.

32. Billingsley P, Sim BKL, Bijker E, Roestenberg M, Lyke K, Laurens M, Mordmueller B, Gomez P, Shekalaghe S, Hodgson S, Hill A, Juma E, Ogutu B, Lell B, Alonso P, Abdullah S, Kremsner P, Tanner M, Sauerwein R, Hoffman S. Controlled human malaria infections using aseptic, purified cryopreserved Plasmodium falciparum sporozoites administered by needle and syringe. Challenges in malaria research: Core science and innovation. Oxford, UK. 22-24 September 2014. Malaria Journal 2014, 13(Suppl 1):P12.

33. Travassos M, Silva JC, Drábek EF, Delcher AL, Su Q, Dara A, Coulibaly D, Daou M, Dembele A, Diarra I, Kone AK, Kouriba B, Laurens MB, Niangaly A, Traore K, Tolo Y, Fraser CM, Thera MA, Djimde AA, Doumbo OK, Plowe CV. An algorithm for ascertaining the var gene repertoire in Plasmodium falciparum field samples. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 63rd Annual Meeting, 2014. Abstract 619.

34. Travassos MA, Niangaly A, Bailey JA, Ouattara A, Coulibaly D, Lyke K, Laurens MB, Pablo J, Jasinskas A, Nakajima-Sasaki R, Berry AA, Adams M, Takala-Harrison S, Kouriba B, Kone AK, Rowe A, Moulds J, Doumbo OK, Thera MA, Felgner PL, Plowe CV. Children with cerebral malaria lack serorecognition of a distinct PfEMP1 subset. Program and

CV for Matthew Brent Laurens, MD, MPH                                                                    Page 16 of 22
                                                                                                          001298
Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

Abstracts of the American Society of Tropical Medicine and Hygiene 63rd Annual Meeting, 2014. Abstract 1796.

35. Richie TL, Billingsley PF, Sim BKL, James EK, Roestenberg M, Bijker EM, Lyke KE, Laurens MB, Hodgson SH, Hill AV, Shekalaghe S, Abdulla S, Mordmüller B, Kremsner PG, Gómez-Pérez GP, Legarda A, Alonso PL, Ogutu B, Marsh K, Sauerwein RW, Hoffman SL. Injection of purified, aseptic cryopreserved P. falciparum sporozoites (PfSPZ Challenge) is an alternative to mosquito bite administration for controlled human malaria infection (CHMI). Program and Abstracts of the American Society of Tropical Medicine and Hygiene 63rd Annual Meeting, 2014. Abstract 1602.

36. Murphy SC, Hermsen CC, Douglas AD, Edwards NJ, Petersen I, Fahle G, Adams N, Berry AA, Billman ZP, Gilbert SC, Laurens MB, Leroy O, Lyke KE, McCarthy JS, Plowe CV, Rockett K, Seilie AM, Sloots T, Strauss KA, Tellen K, Hill AV, Sauerwein RW. MolMalQA: a Molecular Malaria External Quality Assurance Network to support clinical trials. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 63rd Annual Meeting, 2014. Abstract 270.

37. Bailey JA, Travassos MA, Jacob CG, Ouattara A, Coulibaly D, Laurens MB, Takala-Harrison S, Pablo J, Nakajima R, Jasinskas A, Niangaly A, Berry AA, Kouriba B, Thera MA, Doumbo OK, Felgner PL, Plowe CV. *Plasmodium falciparum* AMA1-based subunit vaccine FMP2.1/AS02A elicits a diverse and strong yet unprotective immune response in a pediatric cohort in Bandiagara, Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 63rd Annual Meeting, 2014. Abstract 1605.

38. Niangaly A, Tolo T, Rentz JJ, Travassos MA, Ouattara A, Adams M, Laurens MB, Kouriba B, Diarra I, Daou M, Dara A, Coulibaly D, Traore K, Plowe CV, Thera MA, Doumbo OK. *Plasmodium vivax* molecular prevalence in the Sahel region of Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 63rd Annual Meeting, 2014. Abstract 380.

39. Ouattara A, Thera MA, Takala-Harrison S, Coulibaly D, Laurens MB, Niangaly A, Tolo Y, Travassos MA, Adams M, Djimde A, Doumbo OK, Plowe CV. Population genetics and natural selection of candidate malaria vaccine antigens in Malian *Plasmodium falciparum* isolates. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 63rd Annual Meeting, 2014. Abstract 984.

40. Mungwira RG, Laurens MB, Divala TH, Nyirenda OM, Kanjala MC, Muwalo F, Mkandawire FA, Dzabala N, Taylor TE, Mallewa J, Oosterhout JV, Laufer MK. Risk of antiretroviral treatment failure among clinically stable adults in Blantyre, Malawi. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 63rd Annual Meeting, 2014. Abstract 717.

41. Bailey JA, Ouattara A, Coulibaly D, Laurens MB, Adams M, Takala-Harrison S, Lyke KE, Jacob CG, Pablo J, Nakajima R, Jasinskas A, Niangaly A, Berry AA, Kouriba B, Thera MA, Doumbo OK, Felgner PL, Plowe CV, Travassos MA. Antibody seroreactivity to *Plasmodium falciparum* erythrocyte membrane protein-1 domains and clinical presentation of malaria in Malian children. Program and Abstracts of the Gordon Research Conferences, Tropical Infectious Diseases: Challenges, Opportunities and Successes, 2015.

42. Laurens MB, Mungwira RG, Nyirenda OM, Divala TH, Kanjala MC, Muwalo F, Mkandawire FA, Nyangulu W, Mwinjiwa E, Taylor TE, Mallewa J, Plowe CV, Blackwelder WC, Oosterhout JV, Laufer MK. TSCQ Study: a randomized, open-label controlled trial of daily trimethoprim-sulfamethoxazole or weekly chloroquine among adults on antiretroviral therapy in Malawi. Journal of Acquired Immune Deficiency Syndromes, 2016 January;71(S1):16-33. Program and Abstracts of the International Meeting of the Institute of Human Virology, Baltimore, Maryland, September 27-30, 2015.

43. Bailey JA, Ouattara A, Coulibaly D, Laurens MB, Adams M, Takala-Harrison S, Lyke KE, Jacob CG, Pablo J, Nakajima R, Jasinskas A, Niangaly A, Thera MA, Doumbo OK, Felgner PL, Plowe CV, Travassos MA. Antibody seroreactivity to *Plasmodium falciparum* erythrocyte membrane protein-1 domains and clinical presentation of malaria in Malian children. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 64th Annual Meeting, 2015. Abstract 1606.

44. Richie TL, Seder RA, Mordmüller B, Epstein JE, Sissoko MS, Healy SA, Shekalaghe SA, Lell B, Gómez-Pérez GP, Olotu A, Jongo SA, Singer AL, Lyke KE, Laurens MB, Paolino KM, Ledgerwood JE, Billingsley PF, Sim BKL, Janes ER, Manoj B, Graham BS, Daubenberger CA, Plowe CV, Tanner M, Alonso PL, Abdulla S, Duffy PE, Doumbo OK, Kremsner PG, Hoffman SL. Direct venous inoculation: an innovative method for administering whole sporozoite malaria vaccines that is safe, well tolerated, immunogenic and highly protective. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 64th Annual Meeting, 2015. Abstract 1633.

45. Ouattara A, Thera MA, Coulibaly D, Drábek EF, Adams M, Laurens MB, Niangaly A, Tolo Y, Travassos MA, Silva JC, Takala-Harrison S, Doumbo OK, Plowe CV. Polymorphism of malaria vaccine candidate merozoite surface protein 5 (MSP5) in Malian *Plasmodium falciparum* using Pacific Biosciences and Sanger sequencing platforms. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 64th Annual Meeting, 2015. Abstract 921.

46. Laurens MB, Coulibaly D, Kouriba B, Travassos MA, Bailey JA, Jacob CG, Ouattara A, Lyke KE, Berry AA, Adams M, Dutta S, Pablo JV, Nakajima R, Jasinskas A, Felgner PL, Thera MA, Doumbo OK, Plowe CV. Relationship of malaria

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

parasitemia to PfAMA-1 vaccine-induced immunogenicity. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 64th Annual Meeting, 2015. Abstract 978.

47. Coulibaly D, Travassos MA, Gaudart J, Tolo Y, Kone AK, <u>Laurens MB</u>, Traore K, Diarra I, Niangaly A, Daou M, Cissoko M, Guindo B, Rebaudet S, Kouriba B, Thera MA, Piarroux R, Plowe CV, Doumbo OK. Spatial and temporal dynamics of malaria incidence from 2009-2013 in Bandiagara, Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 64th Annual Meeting, 2015. Abstract 1563.

48. Nyirenda OM, Goswami J, Mungwira RG, Divala TH, Kanjala MC, Muwalo F, Mkandawire FA, Taylor TE, Mallewa J, Oosterhout JV, Laufer MK, <u>Laurens MB</u>. Tuberculosis disease among HIV positive adults on antiretroviral therapy in Malawi. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 64th Annual Meeting, 2015. Abstract 485.

49. Niangaly A, Travassos MA, Tolo Y, Mu A, Adams A, Kouriba B, <u>Laurens MB</u>, Dara A, Diarra I, Daou M, Sissoko M, Ouattara A, Coulibaly D, Traore K, Plowe CV, Thera MA, Doumbo OK. Ultrasensitive molecular screening for *Plasmodium vivax* infection in predominantly Duffy negative population in Mali, West Africa. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 64th Annual Meeting, 2015. Abstract 835.

50. Bailey JA, Pike A, Travassos MA, Outtara A, Takala-Harrison S, Tan JC, Patel JJ, <u>Laurens MB</u>, Coulibaly D, Niangaly A, Diarra I, Daou M, Kouriba B, Felgner PL, Thera MA, Doumbo OK, Berry AA, Plowe CV. Strain-specific and time-dependent antibody signatures of exposure to *Plasmodium falciparum* in Malian children. Genomic Epidemiology of Malaria Conference, Hinxton, Cambridge, United Kingdom, 2016.

51. Berry AA, Pike A, Bailey JA, Travassos MA, Ouattara A, Agrawal S, Dara A, Cohee LM, Coulibaly D, Lyke KE, <u>Laurens MB</u>, Adams M, Takala-Harrison S, Niangaly A, Diarra I, Daou M, Kouriba B, Kone AK, Doumbo OK, Thera MA, Tracking Resistance to Artemisinin Collaboration, Nyunt MM, Felgner PL, Patel JJ, Tan JC, Plowe CV. Introducing an ultra-dense peptide array for identifying human antibody binding sites on malaria parasite antigens. Genomic Epidemiology of Malaria Conference, Hinxton, Cambridge, United Kingdom, 2016.

52. Travassos MA, Stucke EM, Berry AA, Pike A, Bailey JA, Dara A, Agrawal S, Ouattara A, Coulibaly D, Lyke KE, <u>Laurens MB</u>, Adams M, Takala-Harrison S, Niangaly A, Kouriba B, Kone AK, Rowe JA, Doumbo OK, Thera MA, Nyunt MM, Felgner PL, Patel JJ, Tan JC, Plowe CV. Identification of PfEMP1 epitopes using a diversity-covering ultradense peptide microarray. Genomic Epidemiology of Malaria Conference, Hinxton, Cambridge, United Kingdom, 2016.

53. Pike A, Bailey JA, Tan JC, Patel JJ, <u>Laurens MB</u>, Coulibaly D, Niangaly A, Thera MA, Doumbo OK, Tracking Resistance to Artemisinin Collaboration, Travassos MA, Berry AA, Plowe CV. Measuring species- and region-specific markers of mosquito bites by small peptide arrays. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 65th Annual Meeting, 2016. Abstract 182.

54. Travassos MA, Berry AA, Pike A, Bailey JA, Stucke EM, Dara A, Agrawal S, Ouattara A, Coulibaly D, Lyke KE, <u>Laurens MB</u>, Adams M, Takala-Harrison S, Niangaly A, Kouriba B, Kone AK, Rowe JA, Doumbo OK, Thera MA, Nyunt MM, Felgner PL, Patel JJ, Tan JC, Plowe CV. Identification of PfEMP1 epitopes using a diversity-covering ultradense peptide microarray. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 65th Annual Meeting, 2016. Abstract 958.

55. Berry AA, Pike A, Bailey JA, Travassos MA, Ouattara A, Agrawal S, Dara A, Cohee LM, Coulibaly D, Lyke KE, <u>Laurens MB</u>, Adams M, Takala-Harrison S, Niangaly A, Diarra I, Daou M, Kouriba B, Kone AK, Doumbo OK, Thera MA, Tracking Resistance to Artemisinin Collaboration, Nyunt MM, Felgner PL, Patel JJ, Tan JC, Plowe CV. An ultra-dense peptide array for identifying human antibody binding sites on malaria parasite antigens. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 65th Annual Meeting, 2016. Abstract 959.

56. Bailey JA, Pike A, Travassos MA, Outtara A, Takala-Harrison S, Tan JC, Patel JJ, <u>Laurens MB</u>, Coulibaly D, Niangaly A, Kouriba B, Diarra I, Daou M, Felgner PL, Doumbo OK, Thera MA, Berry AA, Plowe CV. Antibody responses to vaccination with *Plasmodium falciparum* apical membrane antigen 1 are biased toward three conserved immunodominant epitopes and do not mimic those to natural infection. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 65th Annual Meeting, 2016. Abstract 1005.

57. <u>Laurens MB</u>, Berry AA, Travassos MA, Strauss KA, Adams M, Shrestha B, Li T, Eappen A, Manoj, A, Abebe Y, Murshedkar T, Gunasekera A, Richie TL, Lyke KE, Plowe CV, Sim BKL, Hoffman SL. A clinical trial to evaluate the safety and infectivity of direct venous inoculation of aseptic, purified, cryopreserved *Plasmodium falciparum* (7G8 and NF54) sporozoites in malaria-naïve adults in Baltimore USA. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 65th Annual Meeting, 2016. Abstract 1010.

58. Moser KA, Ouattara A, Drábek EF, Koren S, Phillippy A, Adams M, Niangaly A, Traore K, Kone AK, Coulibaly D, Thera MA, Doumbo OK, Laufer MK, <u>Laurens MB</u>, Jongsakul K, Lon C, Saunders D, Han KT, Nyunt MM, Sauerwein RW, Sim BKL, Li T, Travassos MA, Harrison ST, Hoffman SL, Plowe CV, Silva JC. Population genomics of *Plasmodium falciparum*

to inform the design and efficacy of whole organism malaria vaccines. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 65th Annual Meeting, 2016. Abstract 1243.

59. Mkandawire FA, Mungwira RG, Divala TH, Nyirenda OM, Kanjala M, Tsirizani L, Muwalo F, Ndembi N, Taylor TE, Mallewa J, van Oosterhout JJ, Laurens MB, Laufer MK. Effect of daily trimethoprim sulfamethoxazole prophylaxis on the long-term clinical impact of malaria infection among HIV infected adults on successful ART in Blantyre, Malawi. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 65th Annual Meeting, 2016. Abstract 1926.

60. Pike A, Bailey JA, Travassos MA, Ouattara A, Agrawal S, Dara A, Cohee LM, Coulibaly D, Lyke KE, Laurens MB, Adams M, Takala-Harrison S, Kouriba B, Kone AK, Doumbo OK, Thera MA, Felgner PL, Tan JC, Patel J, Plowe CV, Berry AA. The use of small peptide microarrays to detect malaria exposure. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 66th Annual Meeting, 2017. Abstract 610.

61. Gunalan K, Niangaly A, Ouattara A, Coulibaly D, Sa JM, Adams M, Travassos MA, Ferrero J, Laurens MB, Kone AK, Thera MA, Plowe CV, Miller LH, Doumbo OK. A longitudinal study over three years to the identification of *Plasmodium vivax* infections in Duffy blood group negative children in Bandiagara, Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 66th Annual Meeting, 2017. Abstract 1010.

62. Stuke EM, Dara A, Matsumura J, Adams M, Moser KA, Coulibaly D, Daou M, Dembele A, Diarra I, Kone AK, Kouriba B, Laurens MB, Niangaly A, Traore K, Tolo Y, Thera MA, Djimde AA, Doumbo OK, Plowe CV, Silva JC, Travassos MA. Quantifying *var* gene expression in uncomplicated malaria infections using whole genome sequence data. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 66th Annual Meeting, 2017. Abstract 1043.

63. Zhou AE, Berry AA, Bailey JA, Pike A, Dara A, Agrawal S, Ouattara A, Coulibaly D, Tolo Y, Lyke KE, Laurens MB, Adams M, Takala-Harrison S, Pablo J, Jasinskas A, Nakajima R, Niangaly A, Kouriba B, Kone AK, Rowe A, Doumbo OK, Thera MA, Nyunt MM, Patel JJ, Tan JC, Felgner PL, Plowe CV, Travassos MA. Identifying RIFIN and STEVOR epitopes with malaria exposure using peptide and protein microarrays. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 66th Annual Meeting, 2017. Abstract 1058.

64. Laurens MB, Berry AA, Travassos MA, Strauss K, Adams M, Shrestha B, Li T, Eappen A, Manoj A, Abebe Y, Murshedkar T, Gunasekera A, Richie TL, Lyke KE, Plowe CV, Sim BKL, Hoffman SL. Dose dependent infectivity of direct venous inoculation of aseptic, purified, cryopreserved *P. falciparum* 7G8 sporozoites in malaria-naïve adults in Baltimore, USA. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 66th Annual Meeting, 2017. Abstract 1101.

65. Laurens MB, Ouédraogo A, Tiono AB, Kaboré JM, Bougouma EC, Ouédraogo NI, Billingsley PF, Manoj A, Abebe Y, Richie TL, James ER, Lyke KE, Plowe CV, Sim BKL, Hoffman SL, Sirima SB. Safety and tolerability of a metabolically active, non-replicating, whole-organism malaria vaccine in malaria-experienced adults in Burkina Faso. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 66th Annual Meeting, 2017. Abstract 1102.

66. Sim BKL, James ER, Mordmüller B, Kremsner PG, Ruben AJ, Abebe Y, Awe A, Huang H, Jackson J, Alonso PL, Healy SA, Duffy PE, Murphy SC, Kublin JG, Laurens MB, Billingsley PF, Manoj A, Richie TL, Hoffman SL. Consistency of infection after controlled human malaria infection with PfSPZ Challenge of different age and lots. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 66th Annual Meeting, 2017. Abstract 1110.

67. Travassos MA, Berry AA, Coulibaly D, Pike A, Bailey JA, Stucke EM, Dara A, Agrawal S, Ouattara A, Tolo Y, Lyke KE, Laurens MB, Adams M, Takala-Harrison S, Niangaly A, Kouriba B, Kone AK, Rowe A, Doumbo OK, Thera MA, Nyunt MM, Felgner PL, Patel JJ, Tan JC, Plowe CV. Identification of PfEMP1 epitopes associated with severe malaria using a diversity-covering ultradense peptide microarray. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 66th Annual Meeting, 2017. Abstract 1664.

68. Bailey JA, Tan JC, Pike A, Ouattara A, Adams M, Travassos MA, Coulibaly D, Kone AK, Traore K, Bannen RM, Patel JJ, Laurens MB, Takala-Harrison S, Lyke KE, Dutta S, Niangaly A, Kouriba B, Thera MA, Felgner PL, Berry AA, Doumbo OK, Plowe CV. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 66th Annual Meeting, 2017. Abstract 1723.

69. Laurens MB, Ouédraogo A, Tiono AB, Kaboré JM, Bougouma EC, Ouédraogo NI, Billingsley PF, Manoj A, Abebe Y, Richie TL, James ER, Lyke KE, Plowe CV, Sim BKL, Hoffman SL, Sirima SB. Safety and tolerability of a metabolically active, non-replicating, whole-organism malaria vaccine in malaria-experienced adults in Burkina Faso. 7th MIM Pan-African Malaria Conference, 2018.

70. Coulibaly D, Kone AK, Traore K, Lyke KE, Plowe CV, Abebe Y, Kennedy JK, Potter GE, Nomicos E, Deye GE, Richie TL, James ER, Sim BKL, Hoffman SL, Doumbo OK, Thera MA, Laurens MB. Safety, tolerability, immunogenicity and efficacy against *Plasmodium falciparum* (Pf) malaria in Malian adults of immunization with infectious, cryopreserved Pf sporozoites administered under chloroquine chemoprophylaxis (PfSPZ-CVac). 7th MIM Pan-African Malaria Conference, 2018.

71. Bougouma EC, Soulama I, James ER, Abebe Y, Ouedraogo A, Tiono AB, Koutiebou R, Albert G, Kabore JM, Billingsley

PF, Manoj A, Richie TL, Lyke KE, Plowe CV, Jones W, Deye GA, Sim BKL, Laurens MB, Hoffman SL, Sirima SB. Experience in managing Sanaria® PfSPZ Vaccine: A randomized, double-blind, placebo-controlled Phase 1 clinical trial to evaluate the safety and immunogenicity of PfSPZ Vaccine in malaria-experienced adults in Burkina Faso. 7th MIM Pan-African Malaria Conference, 2018. Abstract 1146.

72. Coulibaly D, Travassos MA, , Tolo Y, Laurens MB, Kone AK, Traore K, Sissoko M, Niangaly A, Diarra I, Daou M, Guindo B, Rebaudet S, Kouriba B, Dessay N, Piarroux R, Plowe CV, Doumbo OK, Thera MA, Gaudart J. Spatio-temporal pattern of malaria in Bandiagara, Mali from 2009-2014. 7th MIM Pan-African Malaria Conference, 2018.

73. Tsirizani L, Nyangulu W, Nyirenda OM, Nampota N, Mkandawire FA, Singogo E, Mallewa J, Laurens MB, Taylor TE, Laufer MK, van Oosterhout JJ. Incidence of adverse events associated with isoniazid preventive therapy in adults on ART in Blantyre, Malawi. 22nd International AIDS Conference, 2018.

74. Bougouma EC, Soulama I, James ER, Abebe Y, Ouedraogo A, Tiono AB, Koutiebou R, Albert G, Kabore JM, Billingsley PF, Manoj A, Richie TL, Lyke KE, Plowe CV, Jones W, Deye GA, Sim BKL, Laurens MB, Hoffman SL, Sirima SB. Experience in managing Sanaria® PfSPZ Vaccine: A randomized, double-blind, placebo-controlled Phase 1 clinical trial to evaluate the safety and immunogenicity of PfSPZ Vaccine in malaria-experienced adults in Burkina Faso. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 67th Annual Meeting, 2018. Abstract 1146.

75. Berry AA, Travassos MA, Ouattara A, Adams M, Coulibaly D, Jain A, Obiero JM, Taghavian O, Laurens MB, Takala-Harrison S, Kouriba B, Koné AK, Thera MA, Sim BKL, Hoffman SL, Plowe CV, Doumbo OK, Felgner PL, Lyke KE. *Plasmodium falciparum* infection induces mesaureable IgA responses on protein microarrays. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 67th Annual Meeting, 2018. Abstract 353.

76. Laurens MB, Ouédraogo A, Tiono AB, Kaboré JM, Bougouma EC, Ouédraogo NI, Billingsley PF, Manoj A, Abebe Y, Richie TL, James ER, Lyke KE, Plowe CV, Kennedy JK, Potter GE, Jones W, Sim BKL, Hoffman SL, Sirima SB. Protective efficacy of the PfSPZ Vaccine against endemic malaria-experienced adults in Burkina Faso. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 67th Annual Meeting, 2018. Abstract 1147.

77. Coulibaly D, Kone AK, Traore K, Lyke KE, Plowe CV, Abebe Y, Kennedy JK, Potter GE, Nomicos E, Deye GE, Richie TL, James ER, Sim BKL, Hoffman SL, Doumbo OK, Thera MA, Laurens MB. Safety, tolerability, and protective efficacy of PfSPZ-CVac against endemic malaria among malaria-experienced adults in Mali. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 67th Annual Meeting, 2018. Abstract 1148.

78. Friedman-Klabanoff DJ, Laurens MB, Berry AA, Travassos MA, Adams M, Strauss KA, Shrestha B, Levine MM, Edelman R, Lyke KE. A review of the Controlled Human Malaria Infection trials at the University of Maryland. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 67th Annual Meeting, 2018. Abstract 1357.

79. Travassos MA, Niangaly A, Bailey JA, Berry AA, Ouattara A, Coulibaly D, Lyke KE, Laurens MB, Zhou AE, Stucke EM, Pablo J, Jasinskas A, Nakajima-Sasaki R, Adams M, Takala-Harrison S, Kouriba B, Koné AK, Rowe JA, Diallo DA, Doumbo OK, Felgner PL, Thera MA, Plowe CV. Malian children with hemoglobin C or S trait recognize fewer extracellular PfEMP1s than children with hemoglobin AA, but differ in recognition of CD36-binding PfEMP1s. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 67th Annual Meeting, 2018. Abstract 1687.

80. Zhou AE, Berry AA, Bailey JA, Pike AA, Dara A, Agrawal S, Ouattara A, Coulibaly D, Lyke KE, Laurens MB, Adams M, Takala-Harrison S, Pablo J, Jasinskas A, Nakajima-Sasaki R, Niangaly A, Kouriba B, Koné AK, Rowe JA, Doumbo OK, Thera MA, Patel JJ, Tan JC, Felgner PL, Plowe CV, Travassos MA. Serorecognition and seroreactivity to peptides within the semi-conserved and variable regions of STEVORs reflect cumulative and seasonal malaria exposure in Malian adults and children. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 67th Annual Meeting, 2018. Abstract 1781.

81. Stucke E, Dara A, Dwivedi A, Hodges T, Coulibaly D, Koné AK, Traoré K, Guindo B, Tangara BM, Niangaly A, Daou M, Diarra I, Tolo Y, Sissoko M, Laurens MB, Ouattara A, Kouriba B, Doumbo OK, Takala-Harrison S, Thera MA, Plowe CV, Travassos MA, Silva JC. A novel method for identifying predominantly expressed *vars* from whole blood clinical samples. Program and Abstracts of the American Society of Tropical Medicine and Hygiene 67th Annual Meeting, 2018. Abstract 2050.

*Other Brief Communications*
1. Laurens MB*.  Folic Acid Fortification and Vitamin B$_{12}$ Deficiency.  AMA Resolution 506 (I-98), 1998.


## Media

1. Interviewed and quoted in The Verge "Malaria vaccine found 67 percent effective in human trial", May 6, 2015.

2. Interviewed and quoted in Inside Science "Nobel Prize Honors Fight Against Parasites", October 12, 2015.

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

3. Interviewed and quoted in The Washington Post "Unsettling finding from CDC investigation: Tapeworms can transmit cancer cells to humans", November 5, 2015.

4. Laurens MB*. How can a tapeworm cause cancer? Invited CNN online opinion article. November 9, 2015.

5. Interviewed and quoted in The Baltimore Sun "Zika virus alarms public health authorities internationally", January 28, 2016.

6. Interviewed by WMAR ABC2 Baltimore news "Concern about the Zika virus creeps closer to home", February 5, 2016.

7. Interviewed by WBFF Fox45 Baltimore news "Zika virus spreads to the U.S. as concerns continue to grow", February 5, 2016.

8. Interviewed and quoted by Celia Vimont, Practical Pain Management, "What you need to know about Zika and pain", February 9, 2016.

9. Interviewed and quoted by Amanda Ota, Sinclair Broadcast Group, "Experts explain $1.8 billion to fight Zika virus", February 9, 2016.

10. Interviewed by Maryland Public Television's Jeff Salkin, Direct Connection, Your Health Segment, "The Zika Virus: How You Get It, What It Does, and How to Avoid It", February 29, 2016.

11. Interviewed and quoted by Margaret Jones, BioTechniques, "Vaccines May Aid Malaria in Establishing an Infection", July 19, 2016.

12. Interviewed and quoted in the Baltimore Sun "Hopkins researchers find further link between Zika, neurological problems in adults", October 5, 2016.

13. Interviewed and quoted by Robbie Greenspan, Capital News Service, "Maryland Focuses on Zika", October 28, 2016.

14. Interviewed and quoted in the Voice of America "Test-tube Immune Systems Can Speed Vaccine Development", July 24, 2017.

15. Interviewed and quoted in Zodiak Online "Malawi Rolls Out First Typhoid Vaccine Trial", February 22, 2018.

16. Interviewed and quoted in BBC news "Malaria: a reliable 38% vaccine has been tested in Burkina Faso and Mali", April 23, 2018.


## Major Invited Speeches
*Local*
1. Evaluation of a pediatric patient with a limp. Pediatric Grand Rounds, Department of Pediatrics, Tulane University School of Medicine, November 2004, New Orleans, Louisiana.

2. Randomized, controlled Phase 2 clinical trial to evaluate the safety, immunogenicity and efficacy of the AMA1 candidate malaria vaccine antigen FMP2.1/AS02$_A$ vs. rabies vaccine in 1-6 year old children in Bandiagara, Mali. Frontiers in Vaccinology, Center for Vaccine Development, University of Maryland School of Medicine, December 7, 2010, Baltimore, Maryland.

3. Antimicrobial Stewardship. Grand Rounds, Department of Pediatrics, University of Maryland School of Medicine, April 21, 2011, Baltimore, Maryland.

4. New Bugs, New Drugs. First Annual Pediatric Nursing Education Symposium, University of Maryland Children's Hospital, November 2, 2012, Baltimore, Maryland.

5. Advice, Vaccination and Prophylaxis: Preparing Children for International Travel. Pediatric Grand Rounds, Saint Agnes Hospital, September 26, 2014, Baltimore, Maryland.

6. The Ebola Virus in West Africa: Is There No End in Sight? Hollybush Institute Talks. Rowan University, October 6, 2014, Glassboro, New Jersey.

7. Pediatric International Travel. Pediatric Grand Rounds, Mercy Hospital, May 15, 2015, Baltimore, Maryland.

8. Zika Virus Fact Sheet. Enoch Pratt Free Library, June 29, 2016, Baltimore, Maryland

9. Congenital Syphilis- a New Wave. Pediatric Grand Rounds, Mercy Hospital, November 4, 2016, Baltimore, Maryland.

10. Malaria Challenges: Whole Organism Approaches in Baltimore and West Africa. University of Maryland School of Medicine, November 17, 2017, Baltimore, Maryland.

11. Congenital Syphilis: The Great Masquerader on the Rise. Pediatric Grand Rounds, University of Maryland School of Medicine, January 4, 2018, Baltimore, Maryland.

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

*National*

1. Malaria Challenges. Annual NIH Vaccine Treatment and Evaluation Unit Conference, November 14, 2017, St. Louis, Missouri.

2. PfSPZ-CVac in Malian Adults: Efficacy Results from the First Field Trial. U.S. National Institutes of Health, Division of Microbiology and Infectious Diseases, Annual Meeting of the Vaccine and Treatment Evaluation Units, May 3, 2018, Rockville, Maryland.

*International*

1. Patient Contribution to the Treatment of Sjögren's Syndrome. The VIIIth International Symposium on Sjögren's Syndrome, May 16-18, 2002, Kanazawa, Japan.

2. The interaction between HIV and malaria. Malawi-Liverpool-Wellcome Trust Clinical Research Laboratory, 2007, Blantyre, Malawi.

3. Malaria vaccine safety signals from non-RTS,S malaria vaccine trials. WHO Global Advisory Committee on Vaccine Safety, June 17, 2009, Geneva, Switzerland.

4. The interaction between HIV and malaria: what we still don't know. Symposium: Launching careers in tropical disease research: progress reports from Burroughs Wellcome Fund / American Society of Tropical Medicine and Hygiene fellows. American Society of Tropical Medicine and Hygiene 58th Annual Meeting, November 22, 2009, Washington, D.C., USA.

5. PfSPZ Vaccine optimized regimen in Burkinabe adults; and *P. vivax* cross-protection. International PfSPZ Consortium Meeting, March 11-12, 2015, Tübingen, Germany.

6. Parasite diagnosis and detection. International PfSPZ Consortium Meeting, October 29-30, 2015, Philadelphia, Pennsylvania.

7. Tips and Tricks in the CHMI Model. Controlled Human Infection Models Workshop, Leiden University Medical Center, May 4-6, 2016, Leiden, Netherlands.

8. Pediatric Tetanus. Zomba Clinical HIV Meeting, Zomba Central Hospital, July 14, 2016, Zomba, Malawi.

9. RTS,S Long-Term Efficacy. Malaria Epidemiology Group Conference, Malawi Liverpool Wellcome Trust, July 15, 2016, Blantyre, Malawi.

10. Considerations for use of a malaria vaccine. Estimating the full public health value of vaccines, Fondation Merieux, December 6, 2016, Les Pensières, Annecy, France.

11. CVD 103-HgR Update. 3rd Global Task Force for Cholera Control (GTFCC) Oral Cholera Vaccine (OCV) Working Group Meeting, World Health Organization, December 14, 2016. Geneva, Switzerland.

12. PfSPZ Vaccine efficacy in Malian Adults. Malaria Epidemiology Group Conference, Malawi Liverpool Wellcome Trust, May 25, 2017, Blantyre, Malawi.

13. The History of Typhoid Vaccine Acceleration Consortium (TyVAC). Malawi Liverpool Wellcome Trust, January 10, 2018, Blantyre, Malawi.

14. A Clinical Trial of Conjugate Typhoid Vaccine in Burkinabe children. Typhoid Vaccine Acceleration Consortium Annual Meeting, April 11, 2018, Kathmandu, Nepal.

15. Safety, tolerability and efficacy of a metabolically active, non-replicating, whole organism malaria vaccine (PfSPZ Vaccine) in malaria-experienced adults in Burkina Faso. Seventh Multilateral Initiative on Malaria Conference, April 18, 2018, Dakar, Senegal.

16. The role of Controlled Human Malaria Infection in malaria vaccine development. 4th International Conference on Vaccines Research & Development. November 13-15, 2018, Baltimore, Maryland, USA.

Ziga et al v. ICTJ, No. 18-cv-57 (SDNY)
Plaintiffs Disclosures

001304