# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ALMEDINA SPAHIC, administrator of the Goods, Chattels and Credits of HIMZIR ZIGA,

HIMZO ZIGA, and NURA ZIGA

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

INTERNATIONAL CENTER FOR TRANSITIONAL JUSTICE INC.

(List the full name(s) of the defendant(s)/respondent(s).)

18 CV 57 (ACL)(RWL)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

We have opened this case in 2018, everything was going well untile the last hearing we had and the defendants used their last strategy to move dismiss the case and have us go to Belgium where Himzir's office was located, but it was fully controlled by HQ in NY. Motion was granted and if the verdict was lack of jurisdiction we would file motion to reopen the case in NY. I went to Belgium court got the lack of jurisdiction verdict only my at the time attorney Scott Moore with Moore Intl Law, was no longer litigating due to emergency illness in the family and freqent out of country treatments. I have been in search for a new attorney since January of this year wih no luck. There were few who had

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have contacted over a hundred law firms and attorneys in NY area. I have called NY bar association, lawyers.com, paid my previous attorney to help and refer me to someone. I will list just few that I have contacted but there is a long list: Block O' Toole, Morelli Law Firm, Hach & Rose, The Rizzuto Law, Fellows Hymowitz Rice, Harding Mazzitti, LLP, Kreindler Intl Law, Pazer Epstein etc. these are just a few off the list. I have called, emailed and most common response was that it is a case already worked on and alot has

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| 07/18/2025 | [Signature] |
| Date | Signature |
| Spahic Almedina | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 1946 Casa Dr | Arnold    MO    63010 |
| Address | City    State    Zip Code |
| 314-662-0292 | alma@unlimitedcargo.net |
| Telephone Number | E-mail Address (if available) |

This case was closed in January 2021 after the order of conditional dismissal was affirmed by the Second Circuit. Accordingly, the instant request is moot.

SO ORDERED:

7/24/2025  [Signature]

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE