UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALMEDINA SPAHIC, administrator of the : 
Goods, Chattels and Credits of Himzir Ziga, :
HIMZO ZIGA, and NURA ZIGA,           :        18-cv-57 (ALC) (RWL)
                                     :
                         Plaintiffs, :        **ORDER**
                                     :
       - against -                   :
                                     :
INTERNATIONAL CENTER FOR             :
TRANSITIONAL JUSTICE INC.,           :
                                     :
                         Defendant.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 10, 2025, at 2:30 p.m., the Court will hold a conference on the motion of Scott M. Moore to withdraw as counsel. The conference will be held via Microsoft Teams. The Court will provide the parties with a link to join the meeting in advance of the conference. The public may dial in to the listen-only conference line at (646) 453-4442 and enter access code 699 720 903. Mr. Moore shall serve Plaintiff with a copy of this order by **August 26, 2025**, and shall file proof of same by **August 27, 2025**. Counsel for Defendant need not appear unless they wish to be heard.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   August 22, 2025
         New York, New York

Copies transmitted to all counsel of record.